UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **REVEREND PATRICK J. MAHONEY,** *et al.,*<br><br>        *Plaintiffs,*<br><br>                -vs.-<br><br>**GALE NORTON**, in her official capacity as **SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.,*<br><br>        *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO.**<br><br>_____ |

### CERTIFICATE OF SERVICE

James Matthew Henderson, Sr., a member of the bar of this Court, certifies that he caused a copy of the Verified Complaint, the Motion for TRO with attached Exhibits, the Proposed Order and the Statement of Points and Authorities Supporting the TRO to be served by hand-delivery on counsel for the Defendants, Marina Utgoff Braswell, AUSA, at the Judiciary Center Building, 555 Fourth Street, NW, Room 10-413, Washington, DC 20530, on this 20th day of April, 2004, and by electronic transmission of all the foregoing documents to the email address of at Marina.Braswell@usdoj.gov, also on this 20th day of April, 2004

Certificate of Service Page 1

Dated:  April 20, 2004.

Respectfully submitted,

James Matthew Henderson Sr. # 452639
  *Counsel of Record*
Colby M. May # 394340
The American Center for Law and Justice
201 Maryland Avenue NE
Washington, DC  20002
Telephone:    (202) 546-8890
Facsimile:    (202) 337-3167

*Attorneys for the Plaintiffs*

Certificate of Service Page 2