IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, | ) |
| MELISSA BRANDI SWINDELL, | ) |
| SUZANNE ABDALLA, and | ) |
| THE CHRISTIAN DEFENSE COALITION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | ) |
| | ) |
| LAWRENCE H. SUMMERS, | ) |
| SECRETARY OF THE TREASURY, et al. | ) |
| | ) |
| Defendants. | ) |

## LOCAL RULE 65.1 CERTIFICATION BY COUNSEL

1.      Pursuant to Local Civil Rule 65.1(a), James Matthew Henderson, Sr., the undersigned counsel for the plaintiffs, certifies that actual notice of the time of the making of this application was provided to the parties and/or counsel.  Counsel further certifies that said notice of the time of the making of this application was accomplished by telephone calls to the following parties and/or attorneys, including, on Friday afternoon, April 16, 2004, and again just prior to attending the Office of the Clerk on this date:

> Marina Braswell, Assistant United States Attorney
> Office of the U.S. Attorney for the District of Columbia
> Room 10-413
> 555 Fourth Street NW
> Washington, DC  20001
> (202) 514-7226

2.      Pursuant to Local Civil Rule 65.1(a), James Matthew Henderson, Sr., the undersigned counsel for the plaintiffs, also certifies to the Court that he caused a copy of the Verified Complaint, Motion for Temporary Restraining Order with attached Exhibits, Proposed Temporary Restraining

Order, and Statement of Points and Authorities Supporting the Temporary Restraining Order to be furnished to counsel for the defendants[1] by hand delivery of complete sets of the aforementioned materials to the following parties or their counsel:

> Marina Utgoff Braswell, Assistant United States Attorney
> Office of the U.S. Attorney for the District of Columbia
> Room 10-413
> 555 Fourth Street NW
> Washington, DC  20001

3.      Counsel further certifies that prior to attending the Office of the Clerk of the United States District Court for the District of Columbia on this date he caused an electronic copy (Adobe PDF format) of each of the documents filed with the Office of the Clerk to be served by email on the foregoing attorney for the Defendants, Marina Braswell, AUSA, by transmission of same to Marina.Braswell@usdoj.gov.

---

[1]In addition to providing notice and service to the Assistant United States Attorney that identified herself as responsible for the defense of this matter, undersigned counsel brings to the attention of the Court that an intervention motion, of uncertain character, may be filed in this matter by counsel representing the organizers of the March for Women's Lives.  With respect to that counsel, the undersigned counsel certifies that he made electronic service of all the filings to date in this matter by email on this date by sending same to Neal Goldfarb, Tighe Patton Armstrong Teasdale, PLLC, 1747 Pennsylvania Ave., N.W., Suite 300, Washington, DC 20006, at his email address, ngoldfarb@tighepatton.com.

Dated:  April 20, 2004.

Respectfully submitted,

James Matthew Henderson Sr. # 452639
  *Counsel of Record*
Colby M. May # 394340
The American Center for Law and Justice
201 Maryland Avenue NE
Washington, DC  20002
Telephone:    (202) 546-8890
Facsimile:    (202) 337-3167

*Attorneys for the Plaintiffs*