UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **REVEREND PATRICK J. MAHONEY,** *et al.,* | ) ) ) | **CIVIL ACTION NO.** |
| *Plaintiffs,* | ) ) | |
| -vs.- | ) ) | _____ |
| **GALE NORTON**, in her official capacity as **SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.,* | ) ) ) ) ) | |
| *Defendants.* | ) ) | |

**PROPOSED TEMPORARY RESTRAINING ORDER**

This matter is before the Court on the Plaintiffs' motion for entry of a Temporary Restraining Order. The premises of the motion considered, together with the opposition of the United States and the arguments thereon, it is

**ORDERED** that the motion for a Temporary Restraining Order is **GRANTED**; and it is further

**ORDERED** that defendants, other law enforcement personnel, and others acting in concert with them who have actual notice of this Order, shall refrain from arresting or interfering with one or a group of twenty-four or fewer of the plaintiffs displaying signs while standing on the north sidewalk adjacent to Madison Drive and/or the south sidewalk adjacent to Jefferson Drive during the March for Women's Lives expressing opposition to abortion or criticism of its legality except in circumstances in which the Secretary and the National Park Service and their agents would arrest or interfere with individuals displaying signs not critical of legalized abortion; and it is further

**ORDERED** that this Temporary Restraining Order shall issue without the posting of a bond therefore; and it is further

**ORDERED** that this temporary restraining order will remain in full force and effect for ten (10) days from this date, but may be extended for good cause shown pursuant to Fed. R. Civ. P. 65.

SO ORDERED

DATED: _____


                                      _____
                                        United States District Judge

CC:    Marina Braswell, Assistant U. S. Attorney
        Office of the U.S. Attorney for the District of Columbia
        Room 10-413
        555 4th Street NW
        Washington, DC 20001

        James Matthew Henderson, Sr.
        The American Center for Law and Justice
        201 Maryland Avenue NE
        Washington, DC  20002