this form to request a permit for special events or demonstrations. A Federal Agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. Confidentiality of this information is assured subject to the provisions of the Freedom of Information Act. Additional disclosures of the information may be to the United States Park Police, the District of Columbia Metropolitan Police Department, and any other affected law enforcement agencies.

Public reporting for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Chief of Park Programs Division, National Park Service, National Capital Region, 1100 Ohio Dr., S.W., Washington, D.C. 20242.

OMB CONTROL NUMBER: 1024-0021     EXPIRES: 04/30/04

## NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
## APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK* AND/OR LAFAYETTE PARK

*04-0115*

March For Women's Lives QQC (3-9-04)

4-23-**03**
Date of this Application

1. *Individual and/or organization sponsor(s):* Feminist Majority; NARAL ProChoice America; National Organization for Women; Planned Parenthood Federation of America

*Address:* C/o Feminist Majority 1600 Wilson Blvd #801 Arlington, VA 22209

*Telephone Nos. (include area code): Day* 703-522-2214 *Evening* 202-362-3826

2. *This is an application for a permit to conduct a DEMONSTRATION* __X__
*SPECIAL EVENT* _____. *(For definitions, see instruction page.)*

3. *This is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain demonstrations. YES ____ NO _X_ (A waiver is required if it is expected that a demonstration on the White House Sidewalk\* will include more than 750 participants or that a demonstration in Lafayette Park will include more than 3,000 participants.*

4. *Date(s) of proposed activity: From* 4/20/04 *To* 4/26/04
            *Month/Day/Year*       *Month/Day/Year*

*Time: Begin:* 6:00 (*a.m.*)(p.m.) *Terminate:* 8:00 (a.m.)(*p.m.*)

5. *Location(s) of proposed activity. (Include assembly and dispersal areas.)* QQC 4-6-04 Lincoln Memorial Grounds; Washington Monument Grounds; construction QQC 4-15-04 Ellipse, Lafayette Park; Sylvan Theatre; construction QQC Mall from 1st St to both sides 15th St Sidewalk Washington Monument Grounds 4-15-04

6. *Purpose of proposed activity:* March + Rally for Freedom of Choice

7. *Estimated maximum number of participants. (If more than one park area is to be used, list numbers separately for each area.)* 750,000+ total both Assembly and Rally Sites

\**The "White House Sidewalk" is the sidewalk between East and West Executive Avenues, on the south side of Pennsylvania Avenue, NW.*

EXHIBIT A

8. Will cleanup people be provided for the area: _X_ YES ____ NO. How will they be identified? _Sashes_

9. Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)

Person in charge: _Alice Cohan_

Address: _C/o Feminist Majority 1600 Wilson Blvd #801, Arlington, VA 22209_

Telephone Nos. (Include area code): Day_703-522-2214_ Evening _202-362-3826_

10. Plans for proposed activity. (Include a list of all principal speakers and the complete time schedule for the activity. Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic.) _____

_See attached_

11. (a) List all props, stages, sound equipment, and other items to be provided by applicant/sponsor. (Include approximately number and size(s) of supports, standards, and handles; necessary medical/sanitary facilities and other similar items.) _____

_See attached_

(b) If boxes, crates, coffins, or similar items will be used, state whether they are to be carried opened or closed, their proposed size, the materials constructed from, and their proposed contents and use. _____

_No_

12. (a)  Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted? ____Yes _X_ NO

(b)  If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers.

_____

13. MARSHALS: (a)  Will applicant/sponsor furnish marshals? (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.) _X_ YES ____ NO. If "YES," how many marshals will be furnished? _Several hundred_

(b)  Person(s) responsible for supervision of marshals (for each location):

Location: _____

Name(s): __Alice Cohan__

Address(es): __c/o Feminist Majority 1600 Wilson Blvd #801 Arlington VA, 22209__

Telephone Nos.: Day: __703-522-2214__    Evening: __202-362-3826__

(c)  List the functions the marshals are expected to perform: __bus parking + drop-off;__
__security; peace-keeping; assembly; march; rally; dispersal;__
__clean-up; etc.__

**QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A WAIVER OF NUMERICAL LIMITATIONS. IF THIS IS NOT AN APPLICATION FOR A WAIVER, DO NOT ANSWER THESE QUESTIONS.**

14. What communications equipment will be provided to the marshals? (Include the number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)

_____

_____

15. How will the marshals be identified? _____

16. State specifically the plans for ingress and egress of the participants to and from Lafayette Park including proposed sites for loading and unloading of buses, automobiles, or other forms of transportation which the participants are expected to use (supply chart if necessary). _____

_____

**APPLICATION IS NOT VALID UNLESS SIGNED**

President, Feminist Majority
President, Nat'l Organization for Women
President, NARAL Pro-Choice America

Position of person filing application

Eleanor Smeal
Kim Gandy
Kate Michelman
Gloria Feldt

Typed or printed name of person
Filing application

Signature of person filing application

c/o FM 1600 Wilson Blvd #801 Arlington, VA 22209
c/o NOW 733 15th St. NW Wash DC 20005
c/o NARA 1156 15th St NW 700 WDC 20005
c/o PPFA 1780 Mass Ave NW WDC 20036

Address of person filing application

Telephone Nos. of person filing application (include area code):

Day: __703-522-2214__    Evening: __703-522-2214__

K. Gandy: 202-628-8669    202-547-7622
                    x 120
Michelman 202-973-3000
Feldt    202-785-3351

| | | | |
|---|---|---|---|
| Attention: | **Robin Owen** | Date: | 3/31/2004 |
| Company: | Park Service | Number of Pages: | 4 |
| Fax Number: | 1-202-401-2430 | | |
| Voice Number: | 1-202-619-7225 | | |

From:   **Barbara E. Kavadias**

| | |
|---|---|
| Company: | Religious Coalition for Reproductive |
| Fax Number: | 973-984-8396 |
| Voice Number: | 973-984-0118 |

Subject:    Information for Permit for service at the Captial Reflecting Pool

**Comments:**

Dear Robin,

The information you have requested is attached. If you need any more information, have any questions, or have changes you would like to request, please be in touch with me directly.

Thank you very much!
Barbara

p 02

# Memorandum

**To:**    Alice Cohan

**CC:**    Sonya Crudup and Simon Moshenberg

**From:**    Barbara Kavadias, Director of Field Services, Religious Coalition for Reproductive Choice

**Date:**    3/31/2004

**Re:**    site logistics for the Interfaith Prayer Vigil and the Interfaith Worship Service

---

### Religious Coalition for Reproductive Choice events at the Capital Reflecting Pool, April 24-25

**April 24th** : Beginning at 10 am we will be conducting an interfaith prayer vigil. We are planning for this vigil to continue for 24 hours. (AMENDED: we would like to now stand near or on the stage set up on the 3rd St. side of the Pool area) (DELETE: We would like to do this at the Grant Memorial between the Capital and the Reflecting Pool, preferably on the steps. If it is not possible to be on the stairs themselves, we would like to stand at the grassy area closest to the structure at Pennsylvania Ave. and 1st St. NW). At no time will there be more than 10 people congregated there for the service. It will not be amplified; there will be no podium or other semi-permanent structures set up. There will be a person using a digi-cam recording the event who may wish to use a portable tripod. People will be wearing our March t-shirts and some of the clergy may attend in clerical robes or head dress; this will be the only signage we will use. There will be one person (the onsite coordinator) there at all times with a cell phone, clipboard, water, and literature all contained in one bag and or their arms. Besides the onsite coordinator and the videographer, there will be clergy and lay leaders either praying, waiting their turn to pray, or listening to the people who come after them in the lineup. Again, at no time will we have more than 10 people there.

**Also on Saturday:** Our sound company; Perfect Sound Glenn Tapscott (contact) (5524 Tuxedo Road, Hyattsville, MD 20781, (301) 322-9400 Office, (301) 322-9269 Fax) will come to set up. He requests that he be allowed to deliver and start set up at 12 noon from the Pennsylvania Ave. side. His site map with the stage platform, speakers, and generator is attached.

**April 25th:** The Capital Reflecting Pool area will be the assembly spot for the Religious Contingent. We anticipate 10,000 people to congregate here beginning to arrive at 8 am. We will have an amplified program beginning at 9 am which will be complete by 11 am at the latest. We may continue to use the amplification for announcements as to which group is to step off next when it becomes our turn to cross 3rd St. NW to join the larger March group. Once our last group has joined the March, we will end all amplification. See the attached site map and narrative for details.

**If there any changes that need to be made by request of the Park Service for the permit, I suggest that they contact me directly in order to expedite matters.** My cell phone is 973-219-9038. My office in NJ is 973-984-0118. My e-mail is bkavadias@rcrc.org

1

P 04

| | |
|---|---|
| **EVENT:** | **RCRC INTERFAITH WORSHIP SERVICE** |
| **DATE:** | **APRIL 25, 2004** |
| **LOCATION:** | **THE CAPITAL REFLECTING POOL** |
| **TIME:** | **9:00 AM - 11:00 AM** |
| **LOAD-IN:** | **SATURDAY, APRIL 24, 2004 @ 2:00 PM** |
| **LOAD-OUT:** | **ALL EQUIPMENT TO BE REMOVED ON SUNDAY, APRIL 25, 2004 IMMEDIATELY FOLLOWING EVENT OR AS DETERMINED BY CLIENT.** |
| **STAGE:** | **16' X 24' X 5' PERFORMANCE STAGE WITH SAFETY RAILS ON 3 SIDES, 2 STEP UNITS, BLACK SKIRTING. STAGE CONSISTS OF SCAFFOLD SETS WITH FRAMED PLYWOOD DECKING.** |
| **SPEAKER WINGS:** | **8' X 8' SCAFFOLDING SEPARATE FROM STAGE** |
| **VEHICLES:** | **THREE (3) TRUCKS** |
| | **(1) SOUND (REMAINS ON SITE ON SUNDAY)** |
| | **(1) STAGING (LOAD-IN & OUT ONLY)** |
| | **(1) GENERATOR TOW TRUCK (LOAD-IN & OUT ONLY)** |
| **GENERATOR:** | **CRAWFORD 500 AMP SILENT GENERATOR SET, GROUNDED AND ENCLOSED WITH SNOW FENCING** |
| **MISCELLANEOUS:** | **CABLE RAMPS FOR ALL EXPOSED CABLE RUNS** |
| | **ALL OTHER CABLE TO CURBS, ETC.** |
| | **ALL STAGING TO HAVE WOOD BLOCKS TO PROTECT GROUNDS** |
| | **EVERYTHING TO BE PLACED ON GRASS AREAS ONLY** |



CHOICE • JUSTICE • ACCESS • HEALTH

# MARCH FOR WOMEN'S LIVES

ABORTION • GLOBAL • FAMILY PLANNING

Sunday, March 25, 2004
# First Aid Plan

*March for Women's Lives Medical Director:*
*Dr. Beth Jordan, M.D.*
*Ph: (703) 522-2214   email: bjordan@feminist.org*

Medical needs for the March for Women's Lives will be handled by both the District of Columbia and a volunteer group of physicians, physicians' assistants, nurses and EMT's. The District of Columbia will take care of people if they become injured or have any health complaints while marching on the route. While on the National Mall, basic first aid will be provided by a cadre of volunteer medical professionals who will staff the tents from 10am until 6pm.

On the Mall, four medical tents will be set up near the JumboTron screens. Slides will flash on the screens telling attendees where the medical tents are, and there will be well-marked signs on the tents themselves. The tents will be staffed by 2 nurses or EMT's and one to two physicians or physicians' assistants. Each medical professional will staff the tent for two hours.

The tents will be set up with one table, 6 chairs and a cot. Supplies will include ice chests, ice, juice, water, band aids, alcohol, sterile bandages, ace bandages, sunscreen, menstrual supplies, and a few over-the-counter medications such as Benadryl, Advil and Tylenol. First Aid tents will be in communication with each other, and with the March staff and administration, via radio. We will have carts available for transportation needs.

The March for Women's Lives will hire two private ambulances for Sunday 4/25, each with one paramedic and one EMT. These ambulances are equipped with advanced life-support systems.

Water will be available to our participants. Food is being provided by GSI. We are encouraging our participants to bring their own food and water. We will also provide two baby-changing tents for our participants, with a limited supply of diapers, wet napkins, and PediaLite.

*Dr. Beth Jordan is a board-certified internist and specialist in women's health. A Vassar graduate, she completed her medical training and residency at the University of Arizona. She was recruited to the Mayo Clinic in Scottsdale, Arizona in 1997 where she enjoyed an extremely busy clinical practice. Her practice also involved teaching medical students and residents as well as working in the Mayo Breast Clinic. Presently, she is the Medical Director of the Feminist Majority Foundation (FMF).*

To:     **Robbin Owen**                          **April 16, 2004**
        **National Park Service**
From:   **Alice Cohan, Director**
        **March for Women's Lives**
RE:     **Final Change to Permit Application**

This is to confirm my phone message to you of April 15th that I want to make a final amendment to the March for Women's Lives permit application. I want to cancel the request for use of Lafayette Park during the period of April 20 through April 26, 2004. We will not need that space as part of our area for 1st Amendment Rights activities during that time.

Thank you for your on-going cooperation with us, especially as we approach the final days before our event. If you have any questions, or need further information please contact me on my cell, at: 202-368-0462.

**For Immediate Release**
April 12, 2004

Contact: Aimee Segal or Joe Wagner
(202) 572-2883
press@marchforwomen.org

## More than 100 Actors and Artists Unite Against Government Intrusion and Attacks on Women's Reproductive Rights and Health

### *All-star Celebrity Coalition to March for Women's Lives in Washington, DC on April 25*

(Washington, D.C.)—On April 25, a star-studded cast of the world's most recognized celebrities and artists is supporting the *March for Women's Lives* in Washington, D.C. Many in this coalition of actors, comedians and musicians, including Helen Hunt, LisaGay Hamilton, Bradley Whitford and Whoopi Goldberg will march to send the message: women—not politicians—must have the right to make deeply personal decisions about their health and lives.

"The right to decide when or whether to have a child is a fundamental human right," said Helen Hunt, the Academy award-winning actress. "I am uniting with fellow artists to protest the dangerous policy restrictions and cuts in funding for reproductive health services in the U.S. and around the world."

More than 1,200 organizations—including some of the nation's leading women's, civil rights, health and faith organizations—are mobilizing hundreds of thousands of Americans to travel to Washington, D.C. to make their voices heard on April 25. Delegations from around the world will march to the White House and Capitol to demand that all women—regardless of income, age, race and ethnicity—be able to exercise their reproductive rights through equal access to safe abortions, birth control (including emergency contraception), reproductive and pre-natal health care, safe delivery and comprehensive, medically-accurate sex education.

"It's important that all Americans stand up for their rights and the rights of all women worldwide," said LisaGay Hamilton, actress in ABC's drama The Practice and writer/director/co-producer of the HBO documentary *Beah: A Black Woman Speaks*. "If we cannot control our bodies, we do not have equal protection under the law."

"I am coming to the *March for Women's Lives* to stand up for a future for my little daughters where they have the fundamental right to govern their own bodies, free from legislation, free from intimidation and free from fear," said Bradley Whitford, Emmy award-winning actor from the NBC drama *West Wing*. "My message to the politicians will be simple: Enough is enough. We have the right to make our own deeply felt, deeply moral decisions."

The "global gag rule," which cuts funding for reproductive health services to international health organizations that provide counseling, referrals or access to abortion services, is putting women's lives at risk. This type of restriction prevents women from having access to information that could prevent up to the 500,000 pregnancy-related, 3 million AIDS-related and 75,000 unsafe abortion-related deaths worldwide each year.

"If the government takes safe, legal, clean abortions away from women—knowing that if a woman needs an abortion, she may have one anyway—then they're encouraging women to kill themselves," said actor and comedian Whoopi Goldberg. "That's why I'm marching."

—*more*—

The *March for Women's Lives Celebrity Coalition* includes:

Margie Adam
Christina Aguilera
Jennifer Aniston
Curtis Armstrong
Elaine Aronson
Bea Arthur
Ed Asner
Kevin Bacon
Alec Baldwin
William Baldwin
Meredith Baxter
Shari Belafonte
Maria Bello
Polly Bergen
Thora Birch
Amy Brenneman
Betty Buckley
Jessica Capshaw
Lynda Carter
Stockard Channing
Jill Clayburgh
Kate Clinton
Glenn Close
Cindy Crawford
Sheryl Crow
Alan Cumming
Tyne Daly
Blythe Danner
Kristin Davis
Ossie Davis
Dana Delany
Laura Dern
Ellen DeGeneres
Ani DiFranco
Illeana Douglas
Denise Dowse
Fran Drescher
Kirsten Dunst
David Eigenberg
Hector Elizondo
Emme

Eve Ensler
Giancarlo Esposito
Melissa Etheridge
Morgan Fairchild
Edie Falco
Frances Fisher
Calista Flockhart
Jane Fonda
Bonnie Franklin
Janeane Garofalo
Ana Gasteyer
Indigo Girls
Annabeth Gish
Whoopi Goldberg
Lauren Graham
Maggie Gyllenhaal
LisaGay Hamilton
Ben Harper
Ed Harris
Salma Hayek
Marg Helgenberger
Isabella Hofmann
Helen Hunt
Amy Jo Johnson
Kathryn Joosten
Ashley Judd
Catherine Keener
Carole King
Swoosie Kurt
Christine Lahti
Sanaa Lathan
Sharon Lawrence
Lisa Loeb
Amy Madigan
Natalie Maines
Wendie Malick
Joshua Malina
Camryn Manheim
Frances McDormand
Ewan McGregor
Marilyn McIntyre

Sarah McLachlan
Moby
Demi Moore
Julianne Moore
Alanis Morissette
Kathy Najimy
Alyson Palmer
Joe Pantoliano
Mary-Louise Parker
Adrian Pasdar
Pink
Martha Plimpton
Doris Roberts
Paul Rudd
Susan Sarandon
Campbell Scott
Kyra Sedgwick
Martin Sheen
Cybill Shepherd
SONiA
Fisher Stevens
Gloria Steinem
Julia Stiles
Corky and Mike Stoller
Sharon Stone
Amber Tamblyn
Mary Testa
Charlize Theron
Uma Thurman
Heather Tom
Stanley Tucci
Kathleen Turner
Ted Turner
Sarah Weddington
Audrey Wells
Bradley Whitford
Alfre Woodard
Thom Yorke
Amy Ziff
Elizabeth Ziff

*The March for Women's Lives in Washington D.C. on April 25 is being led by seven co-sponsoring organizations: American Civil Liberties Union, Black Women's Health Imperative, Feminist Majority, NARAL Pro-Choice America, National Latina Institute for Reproductive Health, National Organization for Women and Planned Parenthood Federation of America.*

*For more information, visit: www.marchforwomen.org.*

**Attention reporters:**
For *March for Women's Lives* media credentials, please contact: *credentials@marchforwomen.org*.

*Speakers in alphabetical order, not order of program*

**Morning Stage, 10 a.m.-1 p.m.**

**10 a.m.-11 a.m.  Music and Performers, Emcees**

**11 a.m.-12 p.m.  18-20 Speakers with Emcees**

**12 p.m.-1 p.m.  Music and Spoken Word**

**Emcees**
> Kate Clinton
> LisaGay Hamilton

**120 minutes**    **Performers  (10 min. each, 12 total)**
> 1. Margie Adam
> 2. DC Lesbian and Gay Choir
> 3. The Donnas
> 4. Anne Feeney
> 5. Judy Gorman
> 6. In Process
> 7. Sandy Rapp
> 8. SONiA of Disappear Fear
> 9. Spoken Word Artists (5)
> 10. Kay Weaver
> 11. Peter, Paul & Mary

**60 minutes**    **Speakers (3 min. each, space for 20 speakers total)**
> 1. Marsha Atkind, National Council of Jewish Women
>> ,Haddassah
>> , Union for Reform Judaism
> 2. Byllye Avery, founder of National Black Women's Health Project
> 3. Mary Bonauto, GLAD
> 4. Martha Burk, National Council of Women's Organizations
> 5. Rosemary Ciotti, Global Organization of Feminists with disABILITIES
> 6. Larry Fahn, Sierra Club
> 7. Evelyn Foote, retired military
> 8. Linda Freeman, EC FDA testimony
> 9. Frances Kissling, Catholics For a Free Choice
> 10. League of Women Voters
> 11. Rev. Barry Lynn, Americans United for Separation of Church and State
> 12. National Network of Abortion Funds
> 13. Maureen Taylor, Michigan Welfare Rights Organization
> 14. Rev. Carlton Veazy, Religious Coalition for Reproductive Choice
> 15. Marcia Greenberger
> 16. Judith Lichtman
> 17. Gary Bailey, President, NASW (will split allotted time)
>> Elizabeth Clark, E.D., NASW (will split allotted time)
> 18. Judith DeSarno
> 19. Nancy Northrup
> 20. Vicki Saporta
> 21. Gwendolyn Mink

1

**Afternoon Stage: 1 p.m. to 4:30 p.m.**

Welcome
Eleanor Holmes Norton

Emcees:
Whoopi Goldberg
Marga Gomez
Kathy Najimy

**50 minutes**

Performers (10 min. each, 5 total)
1. Christina Aguilera
2. BETTY
3. Indigo Girls
4. Sheryl Crow
5. Ani DiFranco
6. Holly Near
7. Pittsburgh Choir

Speakers:

**35 minutes**

Principals (5 min. each)
Lorraine Cole
Gloria Feldt
Kim Gandy
Silvia Henriquez
Kate Michelman
Anthony Romero
Eleanor Smeal

**10 Minutes**

Celebrities

*Coming to the March*
Curtis Armstrong
Amy Brenneman
Lynda Carter
Tyne Daly
Bonnie Franklin
Janeane Garofalo
Anna Gustier
LisaGay Hamilton
Ashley Judd
Catherine Keener
Carole King
Christine Lahti
Camryn Manheim
Julianne Moore
Susan Sarandon
Cybill Shepherd
Brad Whitford

*Endorsing and hoping to come*
Jessica Capshaw
Glenn Close
Sheryl Crow

2

Laura Dern
Denise Dowse
Morgan Fairchild
Ben Harper
Helen Hunt
Lisa Loeb
Natalie Maines
Adrian Pasdar
Rebecca Ranklin
Susan Sarandon
Martin Sheen
Sharon Stone
Amber Tamblyn
Bradley Whitford

**Political**

Barbara Mikulski (D-MD) brings Senators in attendance on stage
1. Barbara Boxer – CA
2. Hillary Clinton? – NY
3. Dianne Feinstein – CA
4. Barbara Mikulski – MD
5. Debbie Stabenow – MI
6. Ron Wyden – OR

Nancy Pelosi (D-CA) brings House members in attendance on stage
1. Tammy Baldwin – WI
2. Shelley Berkely – NV
3. Lois Capps – CA
4. Raul Grijalva – AZ
5. Nita Lowey – NY
6. Denise Majette – GA
7. Jerry Nadler – NY
8. Eleanor Holmes Norton – DC
9. Jan Schakowsky – IL
10. Christopher Shays – CT
11. Louise Slaughter – NY
12. Hilda Solis – CA
13. Maxine Waters – CA
14. Lynn Woolsey - CA

**Providers**

Katrina Cantrell
Susan Hill
Medical Students for Choice
Vanessa Collins – PP Medical Div.

**Legal**

Janet Benshoof
Fay Clayton
Kitty Colbert
Sandy D'Alemberte
?Deb Ellis
?Silvia Law
Lynn Paltrow
Sarah Weddington (leads off)

3

### Victims of Anti-Abortion Violence
June Barrett
Emily Lyons
Dr. George Tiller
Planned Parenthood Boston
Preterm Clinic in Boston (check FM)

### Impact of Illegal Abortions
Bill Bell
Linn Duvall Harwell

### HIV
Charlene Barrientos Ortiz

**5 minutes**

### Global
Shirin Ebadi (2003 Nobel Peace Prize Winner)

**5 minutes**

### Youth
FMF: FMLAs
NARAL
NOW
PPFA: VOX
ACLU
Advocates for Youth

### Welfare
Treasurer – Nat'l Welfare Rights Union

**48 minutes**

### Other (3 minutes each)
1. Julian Bond, NAACP Board Chair
2. Ambassador Carol Moseley Braun, first African-American woman U.S. Senator
3. Margarita Lopez – NYC Councilwoman
4. Alice Cohan, March Director
5. Howard Dean, 2004 presidential candidate
6. Bishop Barbara Harris, Episcopal Church
7. Dorothy Height, National Council of Negro Women
8. Dolores Huerta, co-founder of United Farm Workers
9. Jewel Jackson McCabe, founder National Coalition of 100 Black Women
10. Gerald McIntee, AFSCME President
11. Ann Richards, former governor of Texas
12. Loretta Ross, March Co-Director
13. Gloria Steinem
14. Ted Turner, founder of CNN
15. Carmen Vasquez, Empire Pride Agenda
16. Dr. Susan Wicklund, March changed her life
17. Dorothy Roberts
18. Dina Merrill?
19. Sally Blackmun
20.

**Total: 211 minutes**

4

TOTAL P.08



CHOICE · JUSTICE · ACCESS · HEALTH

**MARCH FOR WOMEN'S LIVES**
Washington DC    April 25, 2004

ABORTION · GLOBAL · FAMILY PLANNING

1725 Eye Street NW, Suite 300 · Washington, DC 20006 · (202) 349-3838 · info@marchforwomen.org

## Description of National Mall Site
Updated March 24, 2004

The March for Women's Lives entails two rallies: a kickoff rally on the stage at the 14th Street side of the National Mall starting at 10am; and a main rally on the stage at the 3rd Street side of the Mall starting at approximately 1pm. The site will include the following elements:

**Kickoff Stage:**
- 40' x 40' stage
- 20' x 20' VIP tent
- 16' x 16' production tent
- 16' x 16' green room tent
- 2 large generators
- 1 regular and 1 wheelchair-accessible port-a-let
- House mix platform
- Front of house video platform
- Bicycle barricades in front of stage; elsewhere, snow fencing

**Main Stage:**
- 40' x 40' stage with 16' x 24' wings
- 20' x 20' VIP tent
- 20' x 20' talent tent
- 16' x 16' production tent
- 3 large generators
- 1 Port-a-let trailer; 1 wheelchair-accessible Port-a-let; 5 regular Port-a-lets
- House mix platform
- Two front of house video platforms
- 3-level press riser
- 16' x 16' press tent
- 200-seat VIP seating area
- Special Needs seating area
- Bicycle barricades in front of stage; cyclone fencing with green scrim around backstage; elsewhere, snow fencing
- Administrative RV parked on 3rd Street

**Audio/Video Delay:**
- 6 JumboTron screens
- 12 delay towers
- All fenced by snow-fencing

**Administrative Compound:**
- 10' x 60' cart storage tent
- 20' x 20' volunteer tent

**Services and Amenities:**
- 300 Port-a-lets, including 40 wheelchair-accessible Port-a-lets, in 6 banks
- 8 10' x 10' water tents, one in each panel
- 4 10' x 15' First aid tents, each next to one of the center 4 JumboTron screens
- 2 10' x 10' Lost-and-Found tents
- 2 10' x 10' First Amendment sales tents
- 2 10' x 10' petition tents
- 7 10' x 10' tents for steering committee groups

Case 1:04-cv-00630-GK    Document 4-1    Filed 04/20/04    Page 17 of 49

**Ultra Technologies, Inc.**

Gainesville, Florida   (352) 377-7110

*www.ultratechnologies.com*

AutoCAD Source Map Courtesy: **Smithsonian Institute**

**FINAL DRAWING - FOR CONSTRUCTION**

# March for Women's Lives

April 25, 2004 · National Mall · Washington DC

**View: Overall Site**





Ultra Technologies, Inc.
Gainesville, Florida (352) 377-7110
www.ultratechnologies.com
AutoCAD Source Map Courtesy: Smithsonian Institute
FINAL DRAWING - FOR CONSTRUCTION

March for Women's Lives
April 25, 2004 - National Mall - Washington DC
View: Overall Site - Panel 1 North











Case 1:04-cv-00630-GK   Document 4-1   Filed 04/20/04   Page 24 of 49

ENTRY   ENTRY   ENTRY

Water

Microwave
Beams

Audio RT
Microwave

16 Vertec 4889
8 x 16 x 32 hi

First Aid
Tent

Jumbotron

Diaper

Water

MITHSONIAN TECH
ADMIN
COMPOUND

### Ultra Technologies, Inc.
Gainesville, Florida   (352) 377-7110
www.ultratechnologies.com
AutoCAD Source Map Courtesy: Smithsonian Institute
FINAL DRAWING - FOR CONSTRUCTION

## March for Women's Lives
April 25, 2004 - National Mall - Washington DC

### View: Overall Site - Panel 3

Case 1:04-cv-00630-GK    Document 4-1    Filed 04/20/04    Page 25 of 49



Overflow Satellite Truck Parking     Media Parking     Media Parking     Media Parking

50 Port-a-lets

EXIT     EXIT     EXIT

Volunteers

EXIT     EXIT     EXIT

ENTRY     ENTRY     ENTRY

Water

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110
www.ultratechnologies.com
AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

*March for Women's Lives*
April 25, 2004 - National Mall - Washington DC

**View: Overall Site - Panel 3 North**



Microwave
Beams

16 Vertec 4889
8 x 16 x 32 hi

Audio RT
Microwave

First Aid
Tent

Jumbotron

Diaper

MITHSONIAN TECH
ADMIN
COMPOUND

Water

GSI

50 Port-a-lets

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110
*www.ultratechnologies.com*
AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

*March for Women's Lives*
April 25, 2004 - National Mall - Washington DC

**View: Overall Site - Panel 3 South**







7th

Microwave
Beams

10 KF850/853
5 x 14 x 32 hi

Microwave
Beams

Ultra Technologies, Inc.
Gainesville, Florida  (352) 377-7110
www.ultratechnologies.com
AutoCAD Source Map Courtesy: Smithsonian Institute
FINAL DRAWING - FOR CONSTRUCTION

March for Women's Lives
April 25, 2004 - National Mall - Washington DC
View: Overall Site - Panel 4 South







Microwave
Beams

10 KF850/853
5 x 14 x 32 hi

Audio RT
Microwave

First Aid
Tent

Partition

Jumbotron

Ambulance
Parking

50 Port-a-lets

## Ultra Technologies, Inc.
Gainesville, Florida   (352) 377-7110
www.ultratechnologies.com
AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

# March for Women's Lives
April 25, 2004 - National Mall - Washington DC

## View: Overall Site - Panel 5 South



Case 1:04-cv-00630-GK    Document 4-1    Filed 04/20/04    Page 34 of 49



Dumpster

50 Port-a-lets

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110
*www.ultratechnologies.com*
AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

*March for Women's Lives*
April 25, 2004 - National Mall - Washington DC

**View: Overall Site - Panel 6 North**

Case 1:04-cv-00630-GK    Document 4-1    Filed 04/20/04    Page 35 of 49



10 KF850/853
5 x 14 x 32 hi

Audio RT
Microwave

First Aid
Tent

Jumbotron

Diaper

Microwave
Beams

10 KF850/853
5 x 14 x 32 hi

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110
*www.ultratechnologies.com*
AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

*March for Women's Lives*
April 25, 2004 - National Mall - Washington DC

**View: Overall Site - Panel 6 South**

Case 1:04-cv-00630-GK    Document 4-1    Filed 04/20/04    Page 36 of 49



Water

Microwave
Beams

Microwave
Beams

12 KF850
5 x 14 x 32 hi

Water

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110
www.ultratechnologies.com
AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

*March for Women's Lives*
April 25, 2004 - National Mall - Washington DC

**View: Overall Site - Panel 7**



Case 1:04-cv-00630-GK    Document 4-1    Filed 04/20/04    Page 38 of 49



Microwave
Beams

Microwave
Beams

12 KF850
5 x 14 x 32 hi

Water

SITE

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110
www.ultratechnologies.com
AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

*March for Women's Lives*
April 25, 2004 - National Mall - Washington DC

**View: Overall Site - Panel 7 South**

Case 1:04-cv-00630-GK   Document 4-1   Filed 04/20/04   Page 39 of 49



**Microwave Beams**

12 KF850
5 x 14 x 32 hi

Audio RT
Microwave

First Aid Tent

Petition

Jumbotron

Gate

DC

STORAGE

Sales

Sponsor Tent

## Ultra Technologies, Inc.
Gainesville, Florida   (352) 377-7110
www.ultratechnologies.com
AutoCAD Source Map Courtesy: Smithsonian Institute
**FINAL DRAWING - FOR CONSTRUCTION**

# March for Women's Lives
April 25, 2004 - National Mall - Washington DC

**View: Overall Site - Panel 8**



Case 1:04-cv-00630-GK    Document 4-1    Filed 04/20/04    Page 41 of 49



Microwave
Beams

12 KF850
5 x 14 x 32 hi

Audio RT
Microwave

First Aid
Tent

Partition

Jumbotron

METRO

FOLKLIFE FESTIVAL

Sponsor
Tent

Sponsor
Tent

Sponsor
Tent

Sponsor
Tent

Sponsor
Tent

Sponsor
Tent

Sponsor
Tent

-lets

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110
*www.ultratechnologies.com*
AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

*March for Women's Lives*
April 25, 2004 - National Mall - Washington DC

**View: Overall Site - Panel 8 South**



Case 1:04-cv-00630-GK    Document 4-1    Filed 04/20/04    Page 43 of 49



Maaisc

50 Port-a-lets

Dumpster

6 x KF850
5 x 7 x 32 hi

Water

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110
*www.ultratechnologies.com*
AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

*March for Women's Lives*
April 25, 2004 - National Mall - Washington DC

**View: Overall Site - Panel 9 North**



Microwave
Beams

Water

6 × KF850
5 × 7 × 32 hi

FOLKLIFE FESTIVAL SIT

50 Port-a-le

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110
www.ultratechnologies.com
AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

*March for Women's Lives*
April 25, 2004 - National Mall - Washington DC

**View: Overall Site - Panel 9 South**



Case 1:04-cv-00630-GK   Document 4-1   Filed 04/20/04   Page 46 of 49

h St.

Dumpster

50 Port-a-lets

Press
Check-In

Port-a-lets

VIP    12 x JBL HLA

Audio

FOH 1

Kickoff
Stage

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110
*www.ultratechnologies.com*
AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

*March for Women's Lives*
April 25, 2004 - National Mall - Washington DC

**View: Overall Site - Panel 10 North**



Case 1:04-cv-00630-GK    Document 4-1    Filed 04/20/04    Page 48 of 49



Press
Check-In

Port-a-lets

VIP

12 x JBL HLA

Kickoff
Stage
40'x40'

Audio

FOH 1

12 x JBL HLA

Green
Room

Generators

Microwave
Beams

Production

Microwave

Lost &
Found

Jumbotron

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110
www.ultratechnologies.com
AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

*March for Women's Lives*
April 25, 2004 - National Mall - Washington DC

**View: Kickoff Stage**



March for Women's Lives
April 25, 2004 - National Mall - Washington DC

View: Main Stage

Ultra Technologies, Inc.
Gainesville, Florida (352) 377-7110
www.ultratechnologies.com
AutoCAD Source Map Courtesy: Smithsonian Institute
FINAL DRAWING - FOR CONSTRUCTION