

PHOTOS BY SARAH L. VOISIN—THE WASHINGTON POST

**Alice Cohan, left, director for the April 25 march, talks with staff member Lin Galib, center, and volunteer Roberta Frazier at headquarters.**

# Rallying for One Massive Rally

## Abortion Rights Activists Hope to Descend on Mall in 'Historic' Numbers

By MANNY FERNANDEZ
*Washington Post Staff Writer*

Suite 300 is deceptively quiet. Office workers sit at their computers in cluttered cubicles behind the frosted-glass door, the only sounds the tap-tap-tap on the keyboards, the endless chirp of the telephones and the low hum of frenzy-free conversations.

But the numbers tell the real story.

The workers in these four cramped rooms in a downtown Washington office building at 17th and I streets NW get an average of 1,000 e-mails a week and run a Web site that· earlier this month logged 1 million hits in one day. They have placed orders for 700,000 purple-and-gold stickers and 800,000 palm-size leaflets. Some are trying to recruit more than 6,000 volunteers, while others are coordinating hundreds of delegations coming to the District from across the United States.

The goal, explained Alice Cohan one afternoon this week, as she stood next to a map of the East Coast on an office wall, is to assemble a crowd on the Mall that is "too big to ignore." The cause Cohan and others are hoping will be impossible to overlook is women's abortion rights.

**These buttons are among the items organizers are busily preparing for the March for Women's Lives.**

Cohan, 53, is at the center of a massive local and national organizing drive for the March for Women's ' ives, the abortion rights demonstration that activists say will

attract hundreds of thousands to Washington on Sunday, April 25. The march is the movement's first major rally in the capital in 12 years.

Seven national women's and civil rights groups joined forces to coordinate the march, moved to action, members say, by a political climate that they feel is threatening abortion rights as never before. This year marks the first time that a coalition of groups has put its organizational muscle behind the event, which in previous years was led primarily by the National Organization for Women. This time, NOW and six other groups—the American Civil Liberties Union, the Black Women's Health Imperative, the Feminist Majority, NARAL Pro-Choice America, the National Latina Institute for Reproductive Health and the Planned Parenthood Federation of America—are leading the organizing and sharing the financial costs.

The result has been an outreach effort that resembles a national political campaign. Each of the seven lead organizers is marshaling support among its memberships, and the national march headquarters in Suite 300 is contacting even

*See* MARCH, *B7. Col. 5*

**EXHIBIT B**



BY MICHAEL WILLIAMSON—THE WASHINGTON POST

**Cohan, 53, also organized the 1992 march, the movement's last major rally in the capital. It drew hundreds of thousands of participants.**

# Abortion Rights Activists Plan March 'Too Big to Ignore'

**MARCH,** *From B1*

more people, focusing extra attention on minority groups and gay supporters. There have been benefit concerts, a poster design contest and "guerrilla marketing" trips to hand out fliers. Activists have transformed a former Army National Guard recruiting office at 12th and F streets NW into an "action center," a volunteer hub where Washington area residents work the phones daily, assemble thousands of signs and sell T-shirts and buttons.

Earlier this week at the national headquarters, where volunteers, staff members and interns answer e-mail, plan logistics and keep track of coming delegations, one organizer used a stack of boxes as a desk to sort through that afternoon's 53 newly registered contingents. More than 1,000 delegations will be fielded, some by local, regional and national organizations and others by groups of friends and family. Each delegation— ranging in size from 20 to several thousand, boasting such names as A Womb of Our Own and the Ladies' Misbehavior Society—will have a designated space in the march.

Some of the lead coordina-

president of NOW. "As leaders, it's our responsibility to tell people how dire the situation is."

The situation, she said, could be summed up this way: "We believe we are within one vote of losing *Roe v. Wade* in the United States."

Cohan, the march director, said she has watched the momentum build since the headquarters opened in August. Organizers exceeded their goal of signing up 1,000 co-sponsoring organizations, so far getting nearly 1,400 and climbing. The diverse list of co-sponsors includes college student groups, rabbi associations, environmental organizations and the NAACP, which for the first time in its 95-year history endorsed an abortion rights march. Delegations have been registering at the march Web site, *www.marchforwomen.org.*

Maryland supporters are filling 10 buses with 50 seats each, sponsored by the Maryland office of NARAL, and will join caravans organized by other groups, including more than a dozen buses from the state's college campuses. Cohan said organizers have already surpassed the 1992 overall bus count of 1,000.

The march falls on the same

tors say they expect to match or exceed the turnout of the last major abortion rights march in Washington, an April 1992 demonstration that they said drew 750,000 and police estimated at half a million. Even by the more conservative police estimate, that march remains one of the largest demonstrations ever held in the capital.

"We plan for this march to be historic in both size and scope," said Kate Michelman, president of NARAL Pro-Choice America, a national abortion rights group that runs the action center.

Michelman and other organizers said a sense of urgency is fueling the wide appeal of the march. This month, President Bush signed legislation making it a crime to kill or hurt a fetus during the commission of a federal offense. In November, he signed into law a prohibition on a late-term procedure that opponents call "partial birth" abortion. Both laws, combined with other recent victories by antiabortion forces, have alarmed movement leaders who view them as part of a conservative strategy to erode *Roe v. Wade*, the Supreme Court decision that established a woman's constitutional right to an abortion.

"We all feel that we're at a turning point," said Eleanor Smeal, 64, president of the Feminist Majority and former

weekend as the protests surrounding the spring meetings of the International Monetary Fund and World Bank. A contingent of globalization protesters will join the women's march, as will a feeder march of anarchists and other activists organized by the *Radical Cheerleaders* of D.C.

Antiabortion forces plan to converge on Washington as well. One campaign, called Operation Witness, led by activist Randall Terry, plans to line the march route with at least 1,200 to 1,500 supporters. "They are going to have to pass through an ocean of pro-life signs and banners," said Terry, who said that his group's presence will be peaceful.

Cohan, who was director of the 1992 march, said trained facilitators and peacekeepers will be on hand, one of many details that Cohan and her staff have attended to. The permits for the rally and march are being worked out with federal and local authorities, she said.

The day will begin with a 10 a.m. rally as delegations start assembling on the Mall between Third and 14th streets NW. Organizers hope to start their march at noon, although they are waiting for final approval of the route from D.C. police. An afternoon rally on the Mall is planned from 1 to 4:30 p.m.



BY SARAH L. VOISIN—THE WASHINGTON POST

**Staff members Simon Moshenberg, left, and Moe Jones discuss the use of buses with Cohan. The march director said organizers have surpassed the 1992 overall bus count of 1,000.**