

# United States Department of the Interior

NATIONAL PARK SERVICE

National Capital Region

1100 Ohio Drive, S.W.

Washington, D.C. 20242

IN REPLY REFER TO

## PUBLIC GATHERING PERMIT

04-0115                                          Date:  April 16, 2004

In accordance with Park Regulations as contained in C.F.R., Title 36, Chapter 1, Section 7.96, permission is granted to conduct a public gathering to the following:

Person(s) and/or Organization(s):  MARCH FOR WOMEN'S LIVES

Date(s): 04/19/2004                              To: 04/27/2004

Time:  Starting: 07:00 am                        Ending: 7:00 pm

Location(s):      Capitol Reflecting Pool area; National Mall, Jefferson & Madison Drs. 3rd - 14th Streets; 15th St. E&W sidewalks, Madison to Constitution; Constiution Ave. 15th - 17th St.; and the Ellipse, southern portion (see attached for detailed discription)

Purpose(s):       MARCH AND RALLY FOR FREEDOM OF CHOICE

Anticipated Number of Participants:  750000

Person(s) in Charge:      ALICE COHAN

Address(es):              1725 Eye Street, Ste. 300, Washington, DC  20006

Telephone Nos. Day:       202-349-3838

This permit is granted subject to the following conditions:

1. Permittee and all participants authorized therein must comply with all of the conditions of this permit and with all reasonable directions of the United States Park Police.

2. All sidewalks, walkways, and roadways must remain unobstructed to allow for the reasonable use of these areas by pedestrians, vehicles and other park visitors.

PERMITTEE IS RESPONSIBLE FOR READING AND ADHERING TO THE ATTACHED ADDITIONAL CONDITIONS.



EXHIBIT C

**MARCH FOR WOMEN'S LIVES (MFWL)**
**PERMIT NUMBER 04-0115**
**ADDITIONAL INFORMATION AND CONDITIONS**

*Prior to any set-up of equipment on parkland, an on-site walk through with the March for Women's Lives and the National Park Service will be required.*

<u>Summary of Applicant's Proposed Event & Purpose:</u>

Permittee states that their demonstration is to "march & rally for Freedom of Choice" on Sunday, April 25, 2004 for the use of the Capitol Reflecting Pool area bounded by and including the west sidewalk of 1st Street, the east sidewalk of 3rd Street, the south sidewalk of Pennsylvania Avenue and north sidewalk of Maryland Avenue (Capitol Reflecting Pool surrounding sidewalk use permission must be obtained from the U. S. Capitol Police); the National Mall between 3rd Street and 15th Street, bounded by and including the north and south sidewalks of Madison Drive and the north and south sidewalks of Jefferson Drive, the west sidewalk of 3rd Street, and the east and west sidewalks of 14th Streets between Independence Avenue and Constitution Avenue; the Washington Monument grounds-sidewalk along 15th Street between Independence Avenue and Constitution Avenue; the east sidewalk of 15th Street between Independence Avenue and Constitution Avenue; Constitution Avenue between 15th and 17th Streets; and the Ellipse, bounded by and including the west sidewalk of 15th Street, the north sidewalk of Constitution Avenue, and the east sidewalk of 17th Street outside any fencing.

March for Women's Lives has made requests to the District of Columbia for portions of 15th Street, 17th Street, and Pennsylvania Avenue between 15th and 4th Streets and 7th Street for portions of the march route and for the closure of 3rd, 4th and 7th Streets between Constitution and Independence Avenues for logistical assistance. In addition, MFWL has made requests to the U. S. Capitol Police for use of the west front of the U. S. Capitol and the sidewalks surrounding the Capitol Reflecting Pool for crowd spill over areas.

Permittee states a 24 hour vigil and religious service by the Religious Coalition for Reproductive Choice will take place at the Capitol Reflecting Pool area on April 24 and April 25. On April 24, a 24 hour, interfaith prayer vigil will begin at 10:00 am and will end with a prayer service on April 25 from 9:00 am – 11:00 am. Permittee states approximately 10 people will participant in the 24 hour vigil and 10,000 participants will attend the prayer service. Set up for the prayer service will be on the west side of the Capitol Reflecting Pool, center grassy portion. (see item #C-page 2 & item 1A-page 4 for set-up information /timelines)

The proposed march route will be coordinated with the Metropolitan Police Department. Participants will carry signs and banners. The march will kick off at 15th and Madison at 12:00 pm on April 25 (see Item #2, page 8 for march route information).

<u>Permit Authorization and Demonstration Information:</u>

A. This permit authorizes the March for Women's Lives (MFWL) the use of the Capitol Reflecting Pool area bounded by and including the west sidewalk of 1st Street, the east sidewalk of 3rd Street, the south sidewalk of Pennsylvania Avenue and north sidewalk of Maryland Avenue (Capitol Reflecting Pool surrounding sidewalk use permission must be obtained from the U. S. Capitol Police); the National

2

Mall between 3rd Street and 15th Street, bounded by and including the north and south sidewalks of Madison Drive and the north and south sidewalks of Jefferson Drive, the west sidewalk of 3rd Street, and the east and west sidewalks of 14th Streets between Independence Avenue and Constitution Avenue; the Washington Monument grounds-sidewalk along 15th Street between Independence Avenue and Constitution Avenue; the east sidewalk of 15th Street between Independence Avenue and Constitution Avenue; the Constitution Avenue between 15th and 17th Streets; and the Ellipse, bounded by and including the west sidewalk of 15th Street, the north sidewalk of Constitution Avenue, and the east sidewalk of 17th Street, outside any fencing.

Permission is granted to MFWL to commence load-in for the placement of trailers, generators, porta-johns, trash dumpsters, support structures, the erection of fencing, the construction of staging, tents, sound towers, and video screens, on the National Mall between 3rd Street and 14th Street and for the placement of a press riser on the Ellipse pursuant to the following:

1. MFWL will submit to the NPS stamped engineered drawings for all structures, i.e. cable trusses, tents larger than 75 feet, stages, audio and video towers, etc. for NPS review and approval.

2. The permittee(s) agrees to be fully responsible for the management, performance, use and safety within the permit area involved in this authorization until the work is completed, inspected, and accepted.

B. Stated Total of Participants:  National Mall and March along march route – 750,000
                                                  Capitol Reflecting Pool, 24 hour vigil – 10
                                                                        Prayer Service - 10,000
                                                  Lafayette Park Vigils - 100

C. Schedule of Events April 19 – April 27.

- Set-up:          *Monday, April 19 – Saturday, April 25, National Mall area
                        Daily 7:00 am – 7:00 pm

                        *Saturday, April 24, west side, grassy center portion of the
                        Capitol Reflecting Pool, 12:00 pm – 5:00 pm

                        *Sunday, April 25, Ellipse, 6:00 am – 11:00 am

- Overnight Security:   *Monday, April 19 – Saturday, April 25, National Mall area
                        Daily, 7:00 pm – 7:00 am

- Programs:        *Saturday through Sunday, April 24 – April 25, 24 hour vigil
                        10:00 am – 9:00 am, Capitol Reflecting Pool Area

                        *Sunday, April 25, Prayer Service, 9:00 am – 11:00 am,
                        Capitol Reflecting Pool

3

*Sunday, April 25

10:00 am – 1:00 pm, 14th Street Stage
12:00 pm, March Kicks off
1:00 pm – 4:30 pm, 3rd Street Stage

- Tear Down:    *Sunday, April 25
6:00 pm – 11:00 pm

*Monday & Tuesday, April 26 & 27
7:00 am – 7:00 pm

**NOTE: See attached detailed timeline and event program itinerary.**

## I.  GENERAL CONDITIONS OF THE PERMIT

1.    All activities pursuant to this permit shall be in compliance with the requirements of Title VI of the Civil Rights Act of 1964 (78 Stat. 252; 42 U.S.C. 200d ed seg.); Title V, Section 504 of the Rehabilitation Act of 1973 (87 Stat. 394; 29 U.S.C. 794); the Age Discrimination Act of 1975 (89 Stat. 728; 42 U.S.C. 6101 et seg.); and with all other Federal laws and regulations prohibiting discrimination on grounds of race, color, national origin, handicap, religion, or sex in employment and in providing facilities and services to the public.  Nothing in advertising for employees shall be done which will prevent those covered by these laws from qualifying for employment.

2.    Permittee and all participants authorized therein must comply with all of the conditions of this permit and with all reasonable directions of the United States Park Police and/or other representative of the NPS.

3.    The area must be left in substantially the same conditions as it was prior to the activities authorized herein.  All trash, debris, and litter resulting from activities of this permit shall not be allowed to accumulate and shall be bagged **in clear plastic bags** and placed in trash dumpsters provide by MFWL.

4.    All requests, correspondence and meetings with NPS pertaining to this permit shall be scheduled by MFWL only.  All contractors, subcontractors or consultants must channel their request through the recognized representatives of the permittee, who in turn, will contact NPS.

5.    All laws, rules, and regulations applicable to the area covered by this permit remain in effect.

6.    This permit is applicable only for the use of the area designated above, and during the times designated above, or as may be designated in written amendment to this permit.

4

7.    In use of this area, the permittee shall require all employees and/or contractors to exercise all normal and reasonable safety precautions including observance of all applicable OSHA codes, to protect park property and to provide for public safety.  Suitable devices such as barricades, fences, lanterns, etc., necessary for employee, public safety, and resource protection shall be provided by MFWL shall be adequately maintained.  Placement of such devices require the concurrence of the NPS.

8.    All work performed as a result of the permitted use by the permittee or its agents shall be subject to the conditions of this permit, and the permittee is responsible for ensuring that such work meets the conditions of this permit.

9.    All proposed amendments or additions to this permit and all proposed locations of vehicles, equipment, storage, installations of any kind, areas of activity, work and power plans shall be submitted to the NPS for prior written approval.  These proposals shall be in map or diagram form suitable for on the ground inspection.  Placement of tents, trailers, and other detailed and specific site map will be provided to the NPS prior to installation of facilities.

   a.  Arrival schedules and number of all trailers and vehicles must be provided in advance and all units in use in the park area must have specific approval by the NPS.

   b.  Permittee will provide an on-site coordinator to be accessible to the NPS and the United States Park Police (USPP) personnel at all times during construction or set-up activities and during dismantling of facilities post-event.

10.   NPS reserves the right to immediately revoke this permit at any time should it reasonably appear that the activity presents present danger to the public safety, good order or health, or if any conditions of this permit are violated.

11.   This permit will be amended upon final approval of the site plan, certified stamped engineered drawings, sign plan and timeline.

12.   A copy of this permit shall be at the site during the use of the park area.


## II.  SPECIFIC CONDITIONS OF THE PERMIT

### 1. Event Venues:

   Please note:  The American Battles Monument Commission and the Smithsonian Institution, National WWII Reunion will be involved in their event set-up and is coordinating set-up with the MFWL.

   A.  The west side, Capitol Reflecting Pool, center Grassy Panel

   Set-up will include the following:
   - One (1) 16'x 24'x 5' stage
   - Two (2) 8'x 8' speaker platforms

5

- Sound equipment
- One tow plant generator-must be parked along the street curb and coordinated placement through the Metropolitan Police Department

-All cables must be covered so as not to present a tripping hazard.
-3/4" plywood must be placed underneath all platform/stage legs to prevent resource damage.
-Set-up will be contracted to Perfect Sound, Glenn Tapscott, 301-322-9400.
-Sidewalks and walkways must be kept clear of any equipment at all times.
-All equipment must be hand carried/hand carted into event.  Driving and/or parking on the grass and gravel walkways is strictly prohibited.

B. National Mall, 3rd – 4th Streets

-Center Panel Set-up will include the following:

- One (1) 40'x 40' stage with 16' x 24' wings
- One (1) 10'x 10' tent for Pacifica
- One (1) 20'x 20' VIP tent
- One (1) port-a-let trailer
- Five (5) regular port-a-lets and one wheelchair accessible port-a-let
- One (1) 20' x 20' Green Room/talent tent
- One (1) 16' x 16' production tent
- One (1)House mix platform
- One (1) Video trailer
- One (1) jumbotron on semi-truck trailer
- One (1) generator on semi-truck trailer
- One (1) 16'x 16' press tent
- 200-seat VIP area
- Special Needs seating area
- One (1) three tier press riser
- Two (2) Front of the House Video towers
- One (1) 10' x 10' Lost and Found tent
- Two (2) 8'x 10' audio/tv towers
- 30 feet in front of stage-bike rack with snow fencing around VIP/Special Needs/ Press and house mix areas and cyclone fencing with green scrim around backstage.
- Donation barrels at stage

-Administrative RV will be parked on 3rd Street.  In addition 3rd Street will be used for VIP Transportation drop-off/pick-up points and logistical support vehicles.

-Cable ramp will be placed across the north, inner and outer gravel walk.

-North and south gravel walkways set-up will include 100 portable restrooms and one trash dumpster.

6

   -Madison Drive, south curb lane, between 3rd and 4th Streets will be used to park
   media satellite/microwave trucks.

   -WWII Reunion sign trusses placed on the north and south inner gravel walkways
   Arrangements have been made between the Smithsonian Institute and MFWL to allow
   their banners on the WWII Reunion sign trusses.

C.  National Mall, 4th – 7th Streets

   -Center Panel Set-up will include the following:

   - One (1) jumbotron on a semi-truck trailer (snow fenced by NPS)
   - One (1) 10' x 15' first aid tent
   - One (1) 10' x 10' diaper changing tent
   - Six (6) sound delay towers
   - Four (4) water stations (location denoted on diagram on the grass-due to the heavy
     weight, permission has been granted to position water pallets on the gravel walks, edge
     of the center grassy panels)

   - One (1) 20' x 20' volunteer tent will be placed in the open area, outside treed canopy area
     of the north treed panel west of 4th Street.  No staking of tents will be allowed with in the
     treed panel areas.  Water barrels must be used to anchor tents.

   -North and south gravel walkways set-up will include 100 portable restrooms and two trash
   dumpsters.

   -Madison Drive, south curb lane, between 4th and 7th Streets will be used to park
   media and overflow satellite/microwave trucks.

D.  National Mall 7th – 14th Streets

   -Center Panel set-up will include the following:

   - Three (3) jumbotrons on  semi-truck trailers (snow fenced by NPS)
   - Three (3) 10' x 15' first aid tents
   - Two (2) 10' x 10' petition tents
   - One(1) 10' x 10' diaper changing tent
   - Six (6) sound delay towers
   - Six (6) water stations (location denoted on diagram on the grass-due to the heavy
     weight, permission has been granted to position water pallets on the gravel walks, edge
     of the center grassy panels)
   - Sixty (60) 2'x 3'x 6' organizational signs in a two column grid system to organization
     march groups.  Signs must be free standing and weighted down with two sand bags.
   - Donation barrels at entry point of the Mall at 7th Street

7

-Grassy panel, south side east of Metro entrance, set-up will include the following:

- One (1) 10' x 10' approved literature sales tent
- Seven (7) 10' x 10' sponsor tents

-Center Panel at 14th Street set-up will include the following:

- One (1) 40' x 40' stage
- One (1) 20' x 20' VIP tent
- One (1) 16' x 16' production tent
- One(1) 16' x 16' Green Room tent
- Two (2) tow plant generators
- One (1) regular and one (1) wheelchair accessible port-a-lets
- One (1) house mix platform
- One (1) 10'x 10' press check-in tent
- One (1) 10'x 10' lost and found tent
- One (1) jumbotron on a semi-truck trailer
- One (1) FOH video platform
- Bike rack 30 feet out from front of stage
- Snow fencing around area (Placed by NPS)

-In the north, treed panel, between 7th and 9th, outside of any treed canopy area-golf cart
Compound for 30-40 carts.  Set-up will include a temporary interlocking heavy
duty plastic material roadway with a 10'x 60' canopied area on the temporary roadway.
Canopied area must be anchored by water barrels.

-North and south gravel walkways set-up will include 450 portable restrooms and three
trash dumpsters.

E.  The Ellipse

-Set up will include the following:

- Bike rack across the Ellipse off the existing chain linked fence (by NPS/USPP/USSS)
- Snow fencing opening at march enter and exit points of the Ellipse (by NPS)
- One (1) 6'x 8' one-tier press platform in the southeast quadrant outside of vista site
  line.

Please note:  Platform must be hand carried/hand-carted onto the Ellipse and placement must be
coordinated with Park Manager Rachel Frantum or her designated representative.

2.  **Program Content:**

As stated previously a 24 hour interfaith prayer vigil and a prayer service will take place on the west
side of the Capitol Reflecting Pool beginning at 10:00 am on Saturday and concluding at 11:00 am on
Sunday.

8

On the National Mall a kick off rally will take place at the 14th Street of the National Mall from 10:00 am – 1:00 pm with speeches and performances. The march will start at 12:00 pm and the main rally will take place on the National Mall at 3rd Street from 1:00 pm – 4:30 pm with speeches and performances.

March vehicles (Tourmobile tram for disabled and a press truck) and VIPs will be staged along Madison Drive between 14th and 15th Streets to lead the march off. March vehicles will leave the march at 15th and Constitution Avenue and stage along 15th at Pennsylvania Avenue to wait for participants to then continue the march down Pennsylvania Avenue back to the National Mall. At 7th and Pennsylvania Avenue, a split between VIPS and other march participants will take place. Banners will be carried at the front of the march and at the group-split point. VIPS will continue down Pennsylvania Avenue to 4th Street to enter the National Mall. The main march will continue down 7th to the National Mall.

Supports will line the east and west sidewalks of 15th Street between Madison Drive and Constitution.

Permittee states approximately 6000 volunteers will be assisting with this event.

The march route is as follows:

- West on Madison Drive from 14th Street
- South on 15th Street
- West on Constitution Avenue
- North on 17th Street
- Cut into the west side of the Ellipse at C Street
- Cross the Ellipse to just north of the Boy Scout Statue to 15th (please note: Wheelchair bound participants will be directed to take the sidewalks around the Ellipse to the intersection sidewalk north of the Boy Scout Statue)
- North on 15th Street
- East on Pennsylvania Avenue
- South on 7th Street
- East into the National Mall at 7th Street

See Attached Map

3. **Resource Protection:**

***Prior to any set-up of equipment on parkland, an on-site walk through with MFWL will be required.***

A.    Throughout the course of this permit, the MFWL, is responsible for taking all necessary precautions to minimize resource damage throughout the permitted area. In addition, permittee must supervise their contractors and employees during set-up and teardown to assure that there is no damage to park resources.

9

B.     To protect the resources, stages, stands and other facilities approved for placement on the grass and gravel walkways must be supported by 3/4 inch plywood and/or interlocking heavy duty plastic material. Vehicles moving heavy equipment on turf and gravel walkways must be supported by some form of heavy duty plastic material that clicks or snaps together to avoid movement of material and tripping hazards. ***Material to be used must be approved in advance by NPS.***

C.     Vehicular access to the National Mall, gravel walks for set-up, event, and tear down will be allowed on a reasonable basis to be monitored by NPS/USPP.

    1. Access onto the gravel walks will be from 3rd, 4th, or 7th Streets.

    2. ***Extreme*** caution must be exercised when driving on the gravel walks. Pedestrian access must be maintained at all times, however, if for safety reasons, an area has to be temporarily closed to the public, MFWL will make their request to NPS for approval.

    3. No vehicle shall obstruct or interfere with the Tourmobile service which utilizes Jefferson and Madison Drives, from 3rd to 14th Streets

    4. Off-site parking arrangements for parking MFWL employees or subcontractor(s) are the responsibility of the MFWL. Any parking request must be submitted to and approved by NPS and USPP.

       Ten (10) parking passes will be issued to MFWL along the north curb of Jefferson Drive between 3rd and 4th Streets, Monday April 19 – Tuesday, April 27, 7:00 am – 7:00 pm, on a space available bases in the designated public space area.

       Two (2) parking passes will be issued to MFWL along the north curb of Jefferson Drive At 12th Street on Friday and Saturday, April 23 and 24, 7:00 am – 7:00 pm, on a space Available bases in the designated public space area. MFWL must monitor the this area at all times for sponsor material load-in.

       Access for emergency and official vehicles need be allowed for closed streets. Also, Smithsonian employees vehicles need access to the National Air & Space Museum garage on 4th Street; National Gallery of Art vehicles need access to the NGA as well.

       An application will be submitted to DC to prohibit curbside parking on 3rd and 4th Streets on the days on event day.

D.     All necessary precautions as deemed necessary by the NPS shall be taken to prevent damage to underground utilities, and sprinkler systems located throughout the National Mall and the Ellipse. Any utilities damage by this work shall be promptly repaired. The sprinkler system plan will be clearly marked on-site by the National Park Service.

E.    Vehicular access to turf areas will only be permitted per conditions listed below:

1.    Support vehicle equipment, stored equipment, materials, etc., on turf or walkway areas shall be supported by 3/4 inch plywood or temporary interlocking protective material heavy enough to support the wheels and jacks of all vehicles/mobile units.

2.    Temporary interlocking protective material supports shall be installed in treed panels, over plazas, walkways, and turf areas for the ingress and egress of all vehicles/units or heavy equipment by the permittee.

3.    Parking of permittee(s) employee's or subcontractor's private vehicles for conduct of this permit's activities in tree panels and/or on turf of walkway areas is prohibited.

F.    No excavation or disturbance of park features or landscape shall be permitted under this permit without written approval of NPS.

## 4.  Trash/Maintenance:

A.  The MFWL will be responsible for providing card board trash receptacles and 30 cubic foot trash dumpsters for collection and disposal of all trash, debris, and litter resulting from the use of the permitted area, including a recycling program.  Trash shall not be allowed to accumulate and shall be continually and promptly bagged **in clear plastic page** and placed in the dumpsters.  The location and placement of these dumpsters must be coordinated with the NPS.

B.  MFWL agrees to reimburse the National Park Service for labor personnel costs and material installation for the requested 1200 linear feet of snow fencing at $2.75 per linear foot = $3300 to be  placed around  jumbotrons and back stage areas at the kick off stage.  A Bill of Collection will be sent to MFWL immediately following the conclusion of  this event.

## 5.  Electricity and Generator Usage:

A.  The MFWL will provide adequate generators to provide power for tents, trailers, jumbotrons, sound, and site lighting.  Generators will be installed in accordance with the site plan, D.C. Fire Department guidelines, and safely installed per manufacturer requirements.  Refueling will be permitted pursuant to the following conditions:

1.  Refueling will only be allowed between the hours of 5:00 am and 8:00 am on dates agreed upon in advance by MFWL and the NPS.  Any additional request for refueling timelines must be submitted in writing to NPS.

B.  The following materials must be placed on the ground underneath the generators:

1.    Plastic tarp on the ground
2.    Absorbent material on top of tarp
3.    Drip pan under fueling nozzle

11

C. MFWL will be responsible for any damages to park resources resulting from the re-fueling.

1. The spillage of deleterious substances such as engine oil, gasoline, etc. is prohibited.  In the event of such an occurrence, NPS and USPP must be notified immediately.

D. All cables, power lines, etc. shall be run in an orderly manner and contained in matted yellow jackets that provide for safety and accessibility. No power lines can be strung between trees.

6. **Overnight Security/Camping:**

MFWL is responsible for providing UNARMED overnight security.  Sleeping overnight in park areas, including in any trailers/work units by ABMC/SICFCH employees or subcontractors workmen is prohibited.  Camping is defined as the use of the park land for living accommodation purposes such as sleeping activities, or making preparations to sleep (including the laying down or bedding for the purpose of sleeping), or storing personal belongings, or making any fire, or using any tents or shelter or other structure or vehicle for sleeping or doing any digging or earth breaking or carrying on cooking activities.  The above-listed activities constitute camping when it reasonably appears, in light of all the circumstances, that the participants, in conducting these activities, are in fact using the area as a living accommodation regardless of the intent of the participants or the nature of any other activities in which they may also be engaging.

7. **Safety:**

MFWL is required to meet OSHA guidelines regarding employee/subcontractor work schedules.  No employee/subcontractor is to work no more than 10 hours within a 24hour period.  Any work required beyond the 10 hour limitation will need to be requested to the NPS in advance for review and approval by the Acting Superintendent, National Capital Parks Central.

a. *The following time scheduled as submitted by MFWL has been approved by the Acting Superintendent, National Capital Park-Central:*

**Set-up:**

April 19 - 24:          7:00 am – 7:00 pm

**Event:**

April 25:          5:00 am – 11:00 pm

**Tear down:**

April 26-27          7:00 am – 7:00 pm

12

An authorized MFWL official must be assigned for on-site supervision each day of the event for load-in and load-out. NPS and USPP will also be assigned to monitor and to provide for public safety. All instructions given by authorized NPS or USPP personnel must be obeyed promptly. Failure to comply with all terms and conditions of this permit may constitute grounds for cancellation of the permit and immediate termination of the event.

MFWL is responsible for set up and tear down of the event site on the National Mall, the Capitol Reflecting Pool area and the Ellipse.

8. **First Aid Tents and Service:**

A. The permittee shall provide for first-aid/emergency medical services and transport to hospital care for the duration of this event for the visiting public, employees, and contractors. The permittee will provide written documentation of the arrangements for provision of these services.

B. First Aid tents are identified on the site plan map with red crosses. There will be four staffed tents for the event. Each tent will be staffed with up to two (RN) Nurses and one EMT contracted by the MFWL. Medical personnel supply their own stethoscopes and blood pressure equipment. MFWL will provide a 10' x 15' tent for each location, tables, chairs, cots, first aid bandages and supplies, igloos and bottles for water and wheel chairs. MFWL will also provide a golf cart for each first aid station for making field calls on the Mall and for transporting patients if need be to the station or to ambulances or other emergency vehicles. NPS an the District of Columbia Emergency Medical Services Department (DCF/EMS) will coordinate with MFWL medical and first aide on-site. All medical and First Aid provided must comply with the National Capital Region Medical Director protocols.

9. **Port-a-lets Sanitary Facilities:**

A. Adequate portable restroom facilities shall be installed by MFWL for employee and public use. These units shall be placed in "low profile" locations approved by NPS. The National Park Service recommends one portable restroom facility for every 300 participants with 20% of those facilities wheelchair accessible.

MFWL has indicated the following portable toilet provisions:

650 portable restrooms with 20% designated ADA
(See site map for location)

10. **Lost and Found:**

Lost and Found will be handled at the stage areas on the National Mall (See site map for location).

13

11. **Security:**

MFWL will be responsible for providing unarmed security for any equipment left unattended at any given time and/or overnight on parkland. Individual(s) must be properly identified. Security will begin on the first day of set-up and continue through the final day of tear down.

In addition, during the hours of load-in and load-out, MFWL will be required to provide an adequate number of security personnel to assist with pedestrian and vehicle movement on the gravel walks.

Meetings with the MFWL and the United States Park Police and the National Park Service have been held to coordinate and finalize the security plan for this event.

**Credentials**

All staff, volunteers, artists/participants, press, VIPs, and vendors involved in the March for Women's Lives will be issued credentials. The credentials will identify the person by name and category and include the event logo.

Colored copies of all credentials will be provided to NPS and USPP in advance of the event.

12. **Water:**

MFWL will be responsible for providing adequate bottled water to accommodate those attending the this event. MFWL will provide ten (10) water stations. See site map for water distribution locations.

13. **Sales of Merchandise:**

Consistent with 36 CFR 7.96 (k) permittee will conduct approved free literature distribution and literature sales from the sales tent located at the 12th Street panel. See attached site map. Permittee is responsible for adhering to item #4, last page of permit concerning sales.

No items may be sold or offered for sale except for books, newspapers, leaflets, pamphlets, buttons and bumper stickers which contain a message related to the special event. No other merchandise may be sold or offered for sale. **March sashes are not approved sales items and will not be allowed to be sold on park land.**

14. **Solicitation of Donations:**

Consistent with your application request, this permit also authorizes the in-person solicitation for money if it occurs within the confines of the permit area as part of your ongoing activity. ISCKON v. Kennedy 61 F. 3d 949 (D.C. Cir. 1995). All currency must be maintained and stored out of public view at all times. Exacting a payment or requesting a donation in exchange for merchandise constitutes a sale and is not allowed unless it comports with the NPS sales regulation found at 36 CFR 7.96 (k).

14

15. **Sound Amplification:**

Special attention is drawn to item #7, last page of permit concerning sound amplification.

16. **Signs, Banners, and Commercial Advertising and Sponsor Recognition:**

NPS regulations generally prohibit Federal parkland from being used for business solicitation or for the advertisement or promotion of commercial brands, products, and services. As such, no commercial notices and advertisements shall be placed, posted or distributed at the event. Further, no structures representing commercial products, or models or replications of commercial products or merchandise may be displayed.

Further consistent with long-standing NPS policy now under Public Law 108-108, Title I, § 145, special event permits will expressly prohibit the erection, placement, or use of structures and signs bearing commercial advertising. However, a permit may issued that authorizes the recognition of sponsors of special events, if the National Park Service determines that the size and form of the recognition is consistent with the special nature and sanctity of the National Mall or any other requested park area, and if the lettering or design identifying the sponsor is no larger than one-third the size of the lettering or design identifying the special event. Further, to the maximum extent practicable for such special events, public use of and access to the National Mall and other parkland is not restricted.

The permittee shall submit a sign plan for NPS review and approval. Any request seeking NPS approval for sponsor recognition must be submitted to the NPS at least 30 days prior to the proposed event, and depicted on the sign plan. If approved by the National Park Service, sponsor recognition will be authorized within the terms of the special event permit. Authorized sponsor recognition must be in keeping with the NPS policy, regulations, and law, and be appropriate to the scale and theme of the special event. Further, the overall size, number, and design of any signs or banners shall be appropriate to the park setting and the lettering or design identifying the sponsor must be no larger than one-third the size of the lettering or design identifying the special event. Signs and banners may not be affixed to existing trees or other NPS facilities or structures.

17. **Protection of the Public and General Welfare:**

Snow fence and chain link fence shall be erected by the MFWL and the NPS to contain the event areas and provide necessary resource protection, security and buffer zones. The permittee(s) is responsible for encircling generators, light and sound towers, jombotrons etc. with snow fence and/or bike rack.

18. **VIP Food Service:**

All food service must comply with National Park Service public health regulations. VIPs will be served pre-packaged food and beverages.

15

19. **Media:**

All equipment must be portable and self contained with all stands using rubber tips or matting as a base. All cables must be covered so as not to present a tripping hazard. All equipment must be hand-carried/hand-carted to event site. Due to the high volume of media requests, MFWL will prove pooled media coverage will be

20. **Demonstration Signs:**

Hand-carried signs are allowed regardless of size. It is recommended that any signs supported by a brace to carry be no larger than ¼" in thickness (i.e. real estate type sign).

Permittee will be allowed to drop pallets of signs off at the jumbotron locations on Saturday, April 24 for participants to pick up on Sunday, April 25 prior to the march. Empty pallets and/or unused signs must be removed off park land prior to the march and may not be stored on park land for safety and security concerns. MFWL will provide personnel to be at each pallet location from load-in through removal from park property.

21. **Transportation:**

MFWL has stated that approximately 1500 buses have been confirmed. Buses will deliver participants to metro station areas at the RFK Stadium, Greenbelt and Branch Avenue. Arrangements have been made with Metro Transit for bus parking and pre-paid metro fare cards. Coordination for use of metro lots and Metro Transit use will continue through Metro Transit Police and authorities. Drop off and pick up of participants on National Park Service jurisdiction is not permitted.

MFWL will provide shuttle service for VIPs to the National Mall on 3rd Street and 14th Street. Coordination of VIP transportation and shuttle service will continue through the Metropolitan Police Department for use of their jurisdiction.

22. MFWL is responsible for acquiring all necessary permission from the Metropolitan Police Department and the U. S. Capitol Police for use of their jurisdictions.

Case 1:04-cv-00630-GK   Document 4-3   Filed 04/20/04   Page 17 of 65

## MARCH FOR WOMEN'S LIVES TECHNICAL PRODUCTION TIMELINE

| Date | Time | Vendor | What | Contact | Phone # | |
|------|------|--------|------|---------|---------|---|
| 19-Apr Mon. | 8am | Boden, Jeff, Ve, Simon, et. al. | Mark out the Mall | | | |
| | 9am | Smithsonian | Install portable roadway | | | |
| 20-Apr Tues. | 7am | Jericho | Delay 9th ST. | Bruce Kaplan | 410-477-1991 | |
| | | ESP | Sound 9th Del | Ed Casey | 301-608-2180 | |
| | 8am | Metro Golf Cart | 7 Golfcarts | | 301-372-1500 | |
| | | CAT | Generator #1, #20,21 | Mike Moloney | 908-400-4664 | |
| | 9am | ESP | sound delay #1&#2 | | | |
| | | Jericho | delay towers #1&2 | | | |
| | | Blanchard Communica | First delivery of radios | Lisa | 301-858-7322 | |
| | | CAT | Kickoff Gen | | | |
| | 10am | All Stage + Lights | Kickoff stage & wings | Rich Benning | 301-977-3686 | |
| | | Toba Greenbaum | deliver banner 14th ST. | Toba Greenbaum | 240-606-1805 | |
| | 11am | Jericho | delay towers #3 & #4 | | | |
| | | CAT | Gens #7 & #8. | | | |
| | | AES | Sound Del #7 & #8 | Harry Cimermanis | 301-935-0170 | |
| | 1pm | ESP | sound #3 & #4 delays | | | |
| | | Jericho | delay #7 & #8 | | | |
| | 2pm | Jericho | Delay towers #5 & # 6 | | | |
| | | CAT | generator #22 | | | |
| | | AES | kickoff sound | | | |
| | | All Stage | Kickoff Mix platform | | | |
| | 4pm | Jericho | Main Stage footprint | | | |
| | ?? | Verizon | Load in phone, ISDN lines | | | |

| 21-Apr Wed. | | | | | |
|---|---|---|---|---|---|
| | 7am | **Jericho** | Main Stage & sound towers | | |
| | 7am | Jericho | delay towers #9 | | |
| | 8am | **CAT** | Gens #8-11, 12-15 | | |
| | | **AES** | sound delay #9 | | |
| | 9am | **ESP** | Install sound delays #3&4 | | |
| | | ESP | main stage sound | | |
| | | **CAT** | gens #16-#19 | | |
| | 10am | **Classic Tents** | Tents *(14th Street Stage in AM; main stage in PM)* | Terry McFarlane | 301-588-3181 |
| | 10am | **NPS** | Snowfencing at 14th Street backstage + front of house | | |
| | | | | Sean Kennealy | 202-359-1551 |
| | 10am | **Southern MD Sanitatio** | Port-A-Lets | Roy Morris | 800-553-3173 |
| | 11am | AES | install sound delays #7&#8 | | |
| | noon | ESP | install sound delays #5&#6 | | |
| | 1:30-2:15 | Simon, Chuck, GMMB | Attend press briefing at National Press Club | | |
| | 2pm | Jericho | mix platform & press riser | | |
| | | AES | kickoff front of hse & mntr | | |
| | | CAT | Gen main stage | | |
| | | ESP | test main stage sound | | |
| | 3pm | ESP | test delays #1&#2 | | |
| | 7pm | CAT | Refuel generators as necessary | | |

Case 1:04-cv-00630-GK    Document 4-3    Filed 04/20/04    Page 18 of 65

Case 1:04-cv-00630-GK    Document 4-3    Filed 04/20/04    Page 19 of 65

| 22-Apr Thurs. | | | | | |
|---|---|---|---|---|---|
| | 8am | CAT | gens #2&3 backstage Power | | |
| | | ESP | Main FOH & mntr mix | | |
| | | | & time delay zone positions | | |
| | | Ultra | RF links in all towers | Chuck Wheatly | 352-377-7110 |
| | 10am | Sonco | Cyclone fence backstage 3rd Street | | Linda, 1-800-457-6626 |
| | 10am | Classic Tents | Tents | Terry McFarlane | 301-588-3181 |
| | 10am | Southern MD Sanitatio | Port-A-Lets | Roy Morris | 800-553-3173 |
| | 10am | Cruise America | Pick up admin RV, park at 3rd Street | | |
| | 3pm | ESP | test delays #3& #4 | | |
| | | | test delays #5& #6 | | |
| | | CAT | gens #23 & #24 | | |
| | | ESP | test all delay zones | | |
| | | Jericho | press riser | | |
| | 4pm | Transit Image | Park first JumboTrons | | |
| | 4pm | Toba Greenbaum | Deliver scrim & Banner 3rd | Toba Greenbaum | 240-606-1805 |

| 23-Apr Fri. | | | | | |
|---|---|---|---|---|---|
| | 6:30am | Transit Image | Park screens and video tru | Bob Keating | 781-986-2191 |
| | 8am | Jericho | Banner and scrim hanging 3rd Street | | |
| | 8am | CAT | Main - back stage power distro | | |
| | | Ultra | Microwave truck & crew | | |
| | | | Essential Video crew & truck | | |
| | | | Main & Kickoff stages | | |
| | | Blanchard Communica | Second delivery of radios | Lisa | 301-858-7322 |
| | | Metro Golf Carts | 23 golfcarts | | |
| | 8am-12pm | Planned Parenthood | Load into organizational tent | | |
| | 10am | Classic Tents | Tents, tables and chairs | Terry McFarlane | 301-588-3181 |
| | | | Collection barrels and bullhorns to admin compound | | |
| | 10am | Southern MD Sanitation | Port-A-Lets | | |
| | | | Boxes and liners delivered to volunteer tent | | |
| | 10am | Denise Anderson | Production Catering | Denise Anderson | 202-723-9063 |
| | 12 noon | NPS | Snowfence JumboTrons | Sean Kennealy | 202-359-1551 |
| | 12 noon | NARAL | 6 pallets of water arrive at volunteer compound | | |
| | 12pm-1pm | NARAL | Load in water into water tents | | |
| | 1pm | CAT | Kickoff - back stage power | | |
| | | AES | test & time all delay zones | | |
| | | Chuck Wheatly | Set up technology at press tent | | |
| | 1pm-5pm | NARAL | Load into organizational tent | | |
| | 3pm | Press Walkthrough | national media | | |
| | 5pm-7pm | NARAL | Load March signs into volunteer area | | |
| | 7pm | CAT | Refuel generators as necessary | | |

| 24-Apr Sat. | | | | | | |
|---|---|---|---|---|---|---|
| | | *REHEARSAL DAY* | | | | |
| | 7am - 7pm | Sound and Lights Video & Delay | Main & Kickoff - Crew calls | | | |
| | 7am-9am | DrinkMore | Water arrives onsite, distributed to tents | | Phil: 301-252-1368 | |
| | 8am | ?? | Instrument Rental co | | | |
| | 9am | Dr. Beth Jordan | First Aid supplies arrive onsite at admin compound | | | |
| | 9am | ?? | Ice delivered to both backstages | | | |
| | | Volunteers | Food delivered to both backstages | | | |
| | 9am | ?? | Signage arrives onsite | | | |
| | 9am | | Staff, volunteer, participant credentials delivered to admin RV | | | |
| | 9am | Volunteers | Install signs on tents; set up tables and chairs | | | |
| | 9am-12am | NOW | Load into tent, out to screens | | | |
| | 10am | BFI | Dumpsters arrive on Madison Drive.  Event boxes and bags arrive | | | |
| | 11am | Denise Anderson | Production Catering | | | |
| | 12pm-2pm | GMMB | Load-in press tents | | | |
| | 12pm-3pm | ACLU | Load into tent, out to screens | | | |
| | 1pm-2pm | Volunteers | Loan in March hand-held signs | | | |
| | 2pm | Volunteers | Assemble event boxes on Mall; install delegations signs on Mall | | | |
| | 2pm | Different vendors | Water arrives onsite, distributed to tents | | | |
| | 3pm | Press Walkthrough | national media | | | |
| | 3pm-5pm | BWHI | Load into tent, out to screens | | | |
| | 4pm-5pm | Feminist Majority | Load-in to petition tents | | | |
| | 5pm-7pm | Feminist Majority | Load into tent | | | |
| | 5pm-7pm | NLIRH | Load into tent, out to screens | | | |
| | 5pm-7pm | March forklift | Distribute NARAL, PP, March signs out to screens | | | |
| | 7pm | CAT | Refuel generators as necessary | | | |

Case 1:04-cv-00630-GK    Document 4-3    Filed 04/20/04    Page 21 of 65

| 25-Apr Sun. | | | | | | |
|---|---|---|---|---|---|---|
| | 5am | All | Kickoff stage crew call | | | |
| | 7am | | Kickoff Testing | | | |
| | 7am | All | Main stage crew calls | | | |
| | 6am | Volunteers | First volunteers arrive onsite | | | |
| | 6am | Volunteers | First volunteers arrive at bus depots | | | |
| | 7am | **Linda Bowker** | First Amendment sales materials arrive onsite | | | |
| | 7am | Volunteers | Water distributed to tents | | | |
| | | | Boxes and liners distributed on Mall | | | |
| | 7am | Volunteers | Open all Port-A-Lets | | | |
| | 7am | Volunteers | Install delegations signs on Mall | | | |
| | | | Distribute hand-held signs on Mall | | | |
| | 8am | **United Rentals** | Install cherry picker on PA Ave. | | | |
| | 8am | Dr. Beth Jordan | First Aid supplies distributed to tents | | | |
| | 9am | Volunteers | Special Needs Volunteers arrive at American History | | | |
| | 9am | ?? | Ice delivered to stages, First Aid tents, sponsor tents | | | |
| | 9am | Volunteers | Food distributed to both backstages, volunteer area | | | |
| | 9am | Linda Bowker | Collection barrels installed and staffed | | | |
| | 9am | Linda Bowker | First Amendment sales begin | | | |
| | 10am | **LifeStar** | Ambulances arrive onsite | | | |
| | 10am-6pm | Volunteers, trash crew | Empty full liners to dumpsters, replace liners | | | |
| | 7am | All | Kickoff - show | | | |
| | 11:30am | Linda Bowker | Revenue transfer to admin RV | | | |
| | 11am-2pm | **Tourmobile** | 8 Tourmobiles, 1MIV at American History | | | |
| | 12 noon | | Front of March steps off | | | |
| | 1pm | Linda Bowker | Revenue transfer to admin RV | | | |
| | ~1pm | | Front of March arrives | | | |
| | 1pm | All | Main Stage show | | | |
| | 3pm | Linda Bowker | Revenue transfer to admin RV | | | |
| | 5pm | | Main Stage show ends . | | | |
| | 5pm | Linda Bowker | Revenue transfer to admin RV | | | |
| | 6pm | All | Strike | | | |
| | 6pm | Volunteers | Site clean-up begins | | | |
| | 6pm | LifeStar | Ambulances depart | | | |
| | 6pm | Linda Bowker | Revenue transfer to bank | | | |

| Day | Time | Company | Task |
|---|---|---|---|
| 26-Apr Mon | 8am | All Vendor Companies | Finish Strike |
| | 10am | BFI | Trash haulers remove dumpsters from Madison Drive |
| | | Southern MD Sanitation | strike Port-A-Lets |
| | 10am | Cruise America | Drop off admin RV in Arlington |
| 27-Apr Tues | 8am | Jericho | Strike remaining steel |
| | | Southern MD Sanitation | Strike remaining Port-A-Lets |



**Ultra Technologies, Inc.**

Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
FINAL DRAWING - FOR CONSTRUCTION

*March for Women's Lives*

**View: Overall Site**





Case 1:04-cv-00630-GK    Document 4-3    Filed 04/20/04    Page 27 of 65

Microwave
Beams

FOH 2

Main
Stage
40'x40'

Special
Needs

Green
Room

Port-a-lets

Lost &
Found

Generator

Production

Jumbotron

Video

4 x DMax

Production Trailer

50 Port-a-lets

## Ultra Technologies, Inc.
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

## March for Women's Lives

April 25, 2004

### View: Overall Site - Panel 1 South







Case 1:04-cv-00630-GK    Document 4-3    Filed 04/20/04    Page 31 of 65



ENTRY          ENTRY          ENTRY

Water

Microwave
Beams

Audio RT
Microwave

16 Vertec 4889
8 x 16 x 32 h

First Aid
Tent

Jumbotron

Diaper

Water

MITHSONIAN TECH
ADMIN
COMPOUND

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*

April 25, 2004 · National Mall · Washington DC

**View: Overall Site - Panel 3**

Case 1:04-cv-00630-GK   Document 4-3   Filed 04/20/04   Page 32 of 65



Overflow Satellite Truck Parking    Media Parking    Media Parking    Media Parking

50 Port-a-lets

EXIT    EXIT    EXIT

Volunteers

EXIT    EXIT    EXIT

ENTRY    ENTRY    ENTRY

Water

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*

View: Overall Site - Panel 3 North



SMITHSONIAN TECH ADMIN COMPOUND

GSI

50 Port-a-lets

Microwave Beams

16 Vertec 4889
8 x 16 x 32 h

Audio RT
Microwave

Jumbotron

Display

First Aid
Tent

## Ultra Technologies, Inc.

Gainesville, Florida  (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
FINAL DRAWING - FOR CONSTRUCTION

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

## March for Women's Lives

## View: Overall Site - Panel 3 South



# 7th St.

Microwave Beams

10 KF850/853
5 x 14 x 32 h.

Microwave Beams

**Ultra Technologies, Inc.**
Gainesville, Florida  (352) 377-7110
AutoCAD Source Map Courtesy: **Smithsonian Institute**
FINAL DRAWING - FOR CONSTRUCTION

*March for Women's Lives*

**View: Overall Site - Panel 4**

Case 1:04-cv-00630-GK    Document 4-3    Filed 04/20/04    Page 35 of 65

Overflow Satellite Truck Parking

Overflow Satellite Truck Parking

Dumpster

St.

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
FINAL DRAWING - FOR CONSTRUCTION

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*

April 25, 2004 · National Mall · Washington D.C.

**View: Overall Site - Panel 4 North**

Case 1:04-cv-00630-GK    Document 4-3    Filed 04/20/04    Page 36 of 65



Microwave
Beams

Microwave
Beams

IO KF850/853
5 x 14 x 32 hi

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
FINAL DRAWING - FOR CONSTRUCTION

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*

April 25, 2004 · National Mall · Washington DC

**View: Overall Site - Panel 4 South**



Case 1:04-cv-00630-GK   Document 4-3   Filed 04/20/04   Page 38 of 65



Madison Dr. NW

Golf Cart Yard

50 Port-a-lets

Protective Roadway

Sales

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*
April 25, 2004   National Mall   Washington DC

**View: Overall Site - Panel 5 North**

Case 1:04-cv-00630-GK    Document 4-3    Filed 04/20/04    Page 39 of 65



Microwave
Beams

IO KF850/853    Audio RT
5 x 14 x 32 hr    Microwave

First Aid
Tent

Jumbotron    Petition

Ambulance
Parking

50 Port-a-lets

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*

April 25, 2004    National Mall    Washington D.C.

**View: Overall Site - Panel 5 South**



Case 1:04-cv-00630-GK   Document 4-3   Filed 04/20/04   Page 41 of 65

Dumpster

50 Port-a-lets

***Ultra Technologies, Inc.***
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*

**View: Overall Site - Panel 6 North**



10 KF850/853
5 x 14 x 32 hi

Audio RT
Microwave

First Aid
Tent

Jumbotron

Diaper

Microwave
Beams

10 KF850/853
5 x 14 x 32 hi

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*

April 25, 2004   National Mall   Washington DC

**View: Overall Site - Panel 6 South**



50 Port-a-lets

Water

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*

April 25, 2004    National Mall    Washington DC

**View: Overall Site - Panel 7 North**

Case 1:04-cv-00630-GK    Document 4-3    Filed 04/20/04    Page 45 of 65



Microwave
Beams

Microwave
Beams

12 KF850
5 x 14 x 32 h

Water

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
FINAL DRAWING - FOR CONSTRUCTION

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*

**View: Overall Site - Panel 7 South**

Case 1:04-cv-00630-GK    Document 4-3    Filed 04/20/04    Page 46 of 65



Microwave
Beams

12 KF850
5 x 14 x 32 h

Audio RT
Microwave

First Aid
Tent

Jumbotron

Partition

STORAGE

Sales

Sponsor
Tent

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*

April 25, 2004   National Mall   Washington DC

**View: Overall Site - Panel 8**



Case 1:04-cv-00630-GK    Document 4-3    Filed 04/20/04    Page 48 of 65



Microwave
Beams

12 KF850
5 × 14 × 32 hi

Audio RT
Microwave

First Aid
Tent

Jumbotron

Petition

Sales

METRO

Sponsor
Tent

Sponsor
Tent

Sponsor
Tent

Sponsor
Tent

Sponsor
Tent

Sponsor
Tent

Sponsor
Tent

-lets

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
FINAL DRAWING - FOR CONSTRUCTION

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*

April 25, 2004   National Mall   Washington, DC

**View: Overall Site - Panel 8 South**

Water

6 × KF850
5 × 7 × 32 h

Microwave
Beams

Water

6 × KF850
5 × 7 × 32 h

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*

**View: Overall Site - Panel 9**



Case 1:04-cv-00630-GK    Document 4-3    Filed 04/20/04    Page 50 of 65

Maais

Dumpster

50 Port-a-lets

6 x KF850
5 x 7 x 32 h

Water

## Ultra Technologies, Inc.
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · SLEEM · FAMILY PLANNING

## *March for Women's Lives*

**View: Overall Site - Panel 9 North**



Microwave
Beams

Water

6 x KF850
5 x 7 x 32 hi

50 Port-a-le

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*

April 25, 2004   National Mall   Washington DC

**View: Overall Site - Panel 9 South**





Dumpster

50 Port-a-lets

St.

Press
Check-in

Port-a-lets

VIP    12 x JBL HLA

Audio

Kickoff
Stage    FOH

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
FINAL DRAWING - FOR CONSTRUCTION

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

# March for Women's Lives

## View: Overall Site - Panel 10 North

Case 1:04-cv-00630-GK    Document 4-3    Filed 04/20/04    Page 54 of 65



14+

Stage
40'x40'

12 x JBL HLA

Green
Room

Generators

Microwave
Beams

Microwave

Lost &
Found

Production

Jumbotron

50 Port-a-lets

**Ultra Technologies, Inc.**
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
FINAL DRAWING - FOR CONSTRUCTION

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*
April 25, 2004 · National Mall · Washington DC

**View: Overall Site - Panel 10 South**



Press
Check-In

Port-a-lets

**VIP**    12 × JBL HLA

**Kickoff
Stage
40'x40'**

Audio

FOH 1

12 × JBL HLA

Green
Room        Generators

**Microwave
Beams**

Microwave

Lost &
Found

Production

Jumbotron

***Ultra Technologies, Inc.***
Gainesville, Florida   (352) 377-7110

AutoCAD Source Map Courtesy: **Smithsonian Institute**
**FINAL DRAWING - FOR CONSTRUCTION**

CHOICE · JUSTICE · ACCESS · HEALTH

ABORTION · GLOBAL · FAMILY PLANNING

*March for Women's Lives*

April 25, 2004   National Mall   Washington DC

**View: Kickoff Stage**





PARKING LOT

3RD STREET

Street Curb

THE CAPITAL REFLECTING POOL

SPEAKER
PLATFORMS
8' X 8'

STAGE
16' X 24' X 5'

GENERATOR
CRAWFORD [500 AMP]
SNOW FENCING

THE CAPITAL

N
W    E
S





1-2



### National Park Service
## P A R K I N G   P E R M I T

**Issued To:**_____**MARCH FOR WOMEN'S LIVES**_____

**Area(s):**_____North Curb, Jefferson Drive at/near 12th Street_____

**:**_____

**Date(s):**_April 23 – 24, 2004_____**Time(s):**___7:00 am – 7:00 pm____

**:**_____

**Authorized By:**_____
NATIONAL CAPITAL PARKS-CENTRAL-DIVISION OF PARK PROGRAM

ORANGE

March Program Draft                                                    4-09-04

*Speakers in alphabetical order, not order of program*

**Morning Stage, 10 a.m.-1 p.m.**

**10 a.m.-11 a.m.  Music and Performers, Emcees**

**11 a.m.-12 p.m.  18-20 Speakers with Emcees**

**12 p.m.-1 p.m.  Music and Spoken Word**

**Emcees**
> Kate Clinton
> LisaGay Hamilton

**120 minutes**    **Performers  (10 min. each, 12 total)**
> 1. Margie Adam
> 2. DC Lesbian and Gay Choir
> 3. The Donnas
> 4. Anne Feeney
> 5. Judy Gorman
> 6. In Process
> 7. Sandy Rapp
> 8. SONiA of Disappear Fear
> 9. Spoken Word Artists (5)
> 10. Kay Weaver
> 11. Peter, Paul & Mary

**60 minutes**    **Speakers (3 min. each, space for 20 speakers total)**
> 1. Marsha Atkind, National Council of Jewish Women
> > ,Haddassah
> > , Union for Reform Judaism
> 2. Byllye Avery, founder of National Black Women's Health Project
> 3. Mary Bonauto, GLAD
> 4. Martha Burk, National Council of Women's Organizations
> 5. Rosemary Ciotti, Global Organization of Feminists with disABILITIES
> 6. Larry Fahn, Sierra Club
> 7. Evelyn Foote, retired military
> 8. Linda Freeman, EC FDA testimony
> 9. Frances Kissling, Catholics For a Free Choice
> 10. League of Women Voters
> 11. Rev. Barry Lynn, Americans United for Separation of Church and State
> 12. National Network of Abortion Funds
> 13. Maureen Taylor, Michigan Welfare Rights Organization
> 14. Rev. Carlton Veazy, Religious Coalition for Reproductive Choice
> 15. Marcia Greenberger
> 16. Judith Lichtman
> 17. Gary Bailey, President, NASW (will split allotted time)
> > Elizabeth Clark, E.D., NASW (will split allotted time)
> 18. Judith DeSarno
> 19. Nancy Northrup
> 20. Vicki Saporta
> 21. Gwendolyn Mink

1

**Afternoon Stage, 1 p.m. to 4:30 p.m.**

**Welcome**
> Eleanor Holmes Norton

**Emcees:**
> Whoopi Goldberg
> Marga Gomez
> Kathy Najimy

**50 minutes**

**Performers (10 min. each, 5 total)**
> 1. Christina Aguilera
> 2. BETTY
> 3. Indigo Girls
> 4. Sheryl Crow
> 5. Ani DiFranco
> 6. Holly Near
> 7. Pittsburgh Choir

**Speakers:**

**35 minutes**

**Principals (5 min. each)**
> Lorraine Cole
> Gloria Feldt
> Kim Gandy
> Silvia Henriquez
> Kate Michelman
> Anthony Romero
> Eleanor Smeal

**10 Minutes**

**Celebrities**
> *Coming to the March*
> > Curtis Armstrong
> > Amy Brenneman
> > Lynda Carter
> > Tyne Daly
> > Bonnie Franklin
> > Janeane Garofalo
> > Anna Gustier
> > LisaGay Hamilton
> > Ashley Judd
> > Catherine Keener
> > Carole King
> > Christine Lahti
> > Camryn Manheim
> > Julianne Moore
> > Susan Sarandon
> > Cybill Shepherd
> > Brad Whitford

> *Endorsing and hoping to come*
> > Jessica Capshaw
> > Glenn Close
> > Sheryl Crow

2

Laura Dern
Denise Dowse
Morgan Fairchild
Ben Harper
Helen Hunt
Lisa Loeb
Natalie Maines
Adrian Pasdar
Rebecca Ranklin
Susan Sarandon
Martin Sheen
Sharon Stone
Amber Tamblyn
Bradley Whitford

**Political**

Barbara Mikulski (D-MD) brings Senators in attendance on stage

1. Barbara Boxer – CA
2. Hillary Clinton? – NY
3. Dianne Feinstein – CA
4. Barbara Mikulski – MD
5. Debbie Stabenow – MI
6. Ron Wyden – OR

Nancy Pelosi (D-CA) brings House members in attendance on stage

1. Tammy Baldwin – WI
2. Shelley Berkely – NV
3. Lois Capps – CA
4. Raul Grijalva – AZ
5. Nita Lowey – NY
6. Denise Majette – GA
7. Jerry Nadler – NY
8. Eleanor Holmes Norton – DC
9. Jan Schakowsky – IL
10. Christopher Shays – CT
11. Louise Slaughter – NY
12. Hilda Solis – CA
13. Maxine Waters – CA
14. Lynn Woolsey - CA

**Providers**

Katrina Cantrell
Susan Hill
Medical Students for Choice
Vanessa Collins – PP Medical Div.

**Legal**

Janet Benshoof
Fay Clayton
Kitty Colbert
Sandy D'Alemberte
?Deb Ellis
?Silvia Law
Lynn Paltrow
Sarah Weddington (leads off)

3

**Victims of Anti-Abortion Violence**
June Barrett
Emily Lyons
Dr. George Tiller
Planned Parenthood Boston
Preterm Clinic in Boston (check FM)

**Impact of Illegal Abortions**
Bill Bell
Linn Duvall Harwell

**HIV**
Charlene Barrientos Ortiz

**5 minutes**    **Global**
Shirin Ebadi (2003 Nobel Peace Prize Winner)

**5 minutes**    **Youth**
FMF: FMLAs
NARAL
NOW
PPFA: VOX
ACLU
Advocates for Youth

**Welfare**
Treasurer – Nat'l Welfare Rights Union

**48 minutes**

**Other (3 minutes each)**
1. Julian Bond, NAACP Board Chair
2. Ambassador Carol Moseley Braun, first African-American woman U.S. Senator
3. Margarita Lopez – NYC Councilwoman
4. Alice Cohan, March Director
5. Howard Dean, 2004 presidential candidate
6. Bishop Barbara Harris, Episcopal Church
7. Dorothy Height, National Council of Negro Women
8. Dolores Huerta, co-founder of United Farm Workers
9. Jewel Jackson McCabe, founder National Coalition of 100 Black Women
10. Gerald McIntee, AFSCME President
11. Ann Richards, former governor of Texas
12. Loretta Ross, March Co-Director
13. Gloria Steinem
14. Ted Turner, founder of CNN
15. Carmen Vasquez, Empire Pride Agenda
16. Dr. Susan Wicklund, March changed her life
17. Dorothy Roberts

**Total: 211 minutes**
18. Dina Merrill?
19. Sally Blackmun
20.

4

3. All laws, rules and regulations applicable to the area covered by this permit remain in effect.

4. No fee may be collected, donation solicited, or commercial activity conducted. No items may be sold or offered for sale except for books, newspapers, leaflets, pamphlets, buttons, and bumper stickers which contain a message related to your demonstration or special event. No other merchandise may be sold or offered for sale. A stand or structure used for the sale of permitted items may not exceed one table per site, which may be no larger than 2 ½ feet by 8 feet or 4 feet by 4 feet. The dimensions of the sales site may not exceed 6 feet wide by 15 feet long by 6 feet high.

5. The area should be left in substantially the same condition as it was prior to the activities authorized herein, and all litter shall be placed in the trash containers provided.

6. This permit is applicable only for the use of the area designated above, and during the times designated above, or in any area as may hereafter be designated by the United States Park Police.

7. The use of sound amplification equipment, other than hand-portable sound amplification equipment to be used for crowd control purposes only, is prohibited on the White House Sidewalk (South 1600 Pennsylvania Avenue, NW., sidewalk between East Executive Avenue and West Executive Avenue). All sound amplification equipment shall be limited so that it will not unreasonably disturb nonparticipating persons in, or in the vicinity of, the area.

8. The National Park Service reserves the right to immediately revoke this permit at any time should it reasonably appear that the public gathering presents a clear and present danger to the public safety, good order or health, or if any conditions of this permit are violated

Terry R. Carlstrom
Regional Director
National Capital Region

By:
Richard E. Merryman
Chief, Division of Park Programs
National Capital Parks-Central
