Paperwork Reduction Act & Privacy Act Statement: In accordance to 36 CFR 7.96 (g), this regulation gives us the authority to require applicants to fill out this form to request permits for special events or demonstrations. A Federal Agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. Confidentiality of this information is assured subject to the provisions of the Freedom of Information Act. Additional disclosures of the information may be to the United States Park Police, the District of Columbia Metropolitan Police Department, and any other affected law enforcement agencies.

Public reporting for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Chief of Park Programs Division, National Park Service, National Capital Region, 1100 Ohio Dr., S.W., Washington, D.C. 20242.

| OMB CONTROL NUMBER: 1024-0021 | EXPIRES: 04/30/04 |
|---|---|

# NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
## APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK* AND/OR LAFAYETTE PARK

04-0563                                         12/8/03
                                                _____
                                                Date of this Application

1. Individual and/or organization sponsor(s): _Randell Terry, The Society for Truth and Justice_

   Address: _3501-B Ponce de Leon Blvd, Suite 394, St Augustine FL. 32084_

   Telephone Nos. (include area code): Day **904-819-9450** Evening **904-819-9450**

2. This is an application for a permit to conduct a DEMONSTRATION __X__
   SPECIAL EVENT _____. (For definitions, see instruction page.)

3. This is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain demonstrations. YES ____ NO _X_ (A waiver is required if it is expected that a demonstration on the White House Sidewalk* will include more than 750 participants or that a demonstration in Lafayette Park will include more than 3,000 participants.

4. Date(s) of proposed activity: From _4/25/04_ To _4/25/04_
                                        Month/Day/Year    Month/Day/Year

   Time: Begin: __6:00__ (a.m.)(p.m.) Terminate: __4:00__ (a.m.)(p.m.)

5. Location(s) of proposed activity. (Include assembly and dispersal areas.) Sidewalks adjacent to Pennsylvania Ave. N.W. between 15th and 7th St. We will assemble at and disperse from Metro stations by foot and proceed to cars, trains and planes. (Planes, Trains and Automobiles.) Freedom Plaza, 8AM to 4PM, singing, prayer service, inspirational words, with small P.A. (8:00 A.M - 4:00 P.M.)

6. Purpose of proposed activity: _To hold picket signs in favor of Life_

7. Estimated maximum number of participants. (If more than one park area is to be used, list numbers separately for each area.) _500 — 1,000_

*(The "White House Sidewalk" is the sidewalk between East and West Executive Avenues on the south side of Pennsylvania Avenue, NW.

EXHIBIT D

8. Will cleanup people be provided for the area: ____ YES __X__ NO. How will they be identified? _We will not be engaging in waste producing activities._

9. Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)

Person in charge: _Randall Terry_

Address: _3501-B Ponce de Leon Blvd. Suite 394 St. Augustine FL. 32084_

Telephone Nos. (Include area code): Day_964-819-9450_ Evening _964-819-9450_

10. Plans for proposed activity. (Include a list of all principal speakers and the complete time schedule for the activity. Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic. _R.T. A no speakers Event - we will have small risea and small P.A., for singing, speaking at Freedon Plaza_ _small consists of holding signs in view of passing parade._ _Our crowd marshals may have a hand held bullhorn to give_ _instructions to our people on that block._

11. (a) List all props, stages, sound equipment, and other items to be provided by applicant/sponsor. (Include approximately number and size(s) of supports, standards, and handles; necessary medical/sanitary facilities and other similar items.) _We expect 500 to 1000 people. Perhaps 1 picket for every one of two people. Some with handles, some without. Aprox 20 banners._
(b) If boxes, crates, coffins, or similar items will be used, state whether they are to be carried opened or closed, their proposed size, the materials constructed from, and their proposed contents and use. _We may use small mock coffins. Contents - empty._

12. (a) Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted? ____ Yes __X__ NO

(b) If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers.



13. MARSHALS: (a) Will applicant/sponsor furnish marshals? (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.) __X__ YES ____ NO. If "YES," how many marshals will be furnished? __ _1 for every 50 people_

(b) Person(s) responsible for supervision of marshals (for each location): _Randall Terry. Phil Sheldon. Gary McCullough_

Location(s): *P.A ave Route*

Name(s): _____

— *Phil Sheldon — Lancaster P.A.*

Address(es): *Gary McCullough Ponte Vedra Beach, FL.*

*Phil Sheldon - 717-569-3781 / Gary McCullough 904-687-9690*

Telephone Nos.: Day: _____  Evening: _____

(c)    List the functions the marshals are expected to perform: *Maintain crowd*
*control, order, peaceful atmosphere.*

**QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A
WAIVER OF NUMERICAL LIMITATIONS. IF THIS IS NOT AN APPLICATION FOR A
WAIVER, DO NOT ANSWER THESE QUESTIONS.**

14. What communications equipment will be provided to the marshals? (Include the
number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)

_____

_____

15. How will the marshals be identified? _____

16. State specifically the plans for ingress and egress of the participants to and from
Lafayette Park including proposed sites for loading and unloading of buses, automobiles,
or other forms of transportation which the participants are expected to use (supply chart
if necessary). _____

_____

_____

### APPLICATION IS NOT VALID UNLESS SIGNED

*President, Society for Truth & Justice* _____    *Randall Terry*
Position of person filing application         Signature of person filing application

*Randall Terry*                              *3501-B Ponce de Leon Blvd. Suite 3?Y*
Typed or printed name of person              Address of person filing application
Filing application                           *St. Augustine FL. 32084*

Telephone Nos. of person filing application (include area code):

Day: *904-819-9450* ____   Evening: *904-819-9450*