

# United States Department of the Interior

IN REPLY REFER TO

### NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

## PUBLIC GATHERING PERMIT

04-563                                    Date: April 8, 2004

In accordance with Park Regulations as contained in C.F.R., Title 36, Chapter 1, Section 7.96, permission is granted to conduct a public gathering to the following:

Person(s) and/or Organization(s): SOCIETY FOR TRUTH AND JUSTICE

Date(s): 04/25/2004                       To: 04/25/2004

Time: Starting: 06:00 am                  Ending: 5:00 pm

Location(s):    North and south sidewalks between 15th & 7th Streets, Pennsylvania Avenue NHP, Freedom Plaza

Purpose(s):    TO HOLD PICKET SIGNS IN FAVOR OF LIFE

Anticipated Number of Participants: 1000

Person(s) in Charge:    RANDALL TERRY

Address(es):    3501-B, PONCE de LEON BLVD., SUITE 394, ST. AUGUSTINE, FL.

Telephone Nos. Day:    904-819-9450

This permit is granted subject to the following conditions:

1. Permittee and all participants authorized therein must comply with all of the conditions of this permit and with all reasonable directions of the United States Park Police.

2. All sidewalks, walkways, and roadways must remain unobstructed to allow for the reasonable use of these areas by pedestrians, vehicles and other park visitors.

PERMITTEE IS RESPONSIBLE FOR READING AND ADHERING TO THE ATTACHED ADDITIONAL CONDITIONS.



EXHIBIT E

ADDITIONAL CONDITIONS
PERMIT #04-563
THE SOCIETY FOR TRUTH AND JUSTICE
FREEDOM PLAZA AND THE NORTH AND SOUTH SIDEWALKS OF
PENNESYLVANIA AVENUES BETWEEN 15TH AND 7TH STREETS
APRIL 25, 2004 (6:00 AM – 4:00 PM)

A. This permit authorizes the use of Freedom Plaza for a prayer service with singing, speeches and prayers from 7:00 am – 4:00 pm and authorizes the use of the Pennsylvania Avenue north and sourth sidewalks between 15th and 7th Streets for participants "to hold picket signs in favor of Life" from 6:00 am – 4:00 pm.

Freedom Plaza set-up will include the following:

- One (1) small table
- One (1) portable sound system
- One (1) 6" riser

Timeline for Freedom Plaza:

- Set-up:              7:00 am – 8:00 am
- Service/Vigil:       8:00 am   4:00 pm
- Tear Down:           4:00 pm – 5:00 pm

North & South Pennsylvania Avenue sidewalks, 15th – 7th Streets set-up may include:

- Empty mock coffins

    Timeline:  6:00 am – 4:00 pm

    *Participants will line the sidewalks holding signs/banners

Stated number of participants each permitted area:  500 - 100

B. Permittee's equipment must be removed from the park immediately following the conclusion of the event. Items left in the park will be considered abandoned property and will not be the responsibility of the National Park Service.

C. **First Aid:**

Permittee will be responsible for providing first aid service on-site at each permitted location. It is recommended that you consider the guidelines of the District of Columbia Department of Emergency Medical Services, who recommends for events less than 2,000 participants, permittee may rely on 911 response. Contact the District's Special Events Coordinator at 202-673-3310 for further information.

D. **Sound Amplification:**

Special attention is drawn to item #7, last page of permit concerning sound amplification.

E. **Resource Protection:**

Pursuant to 36 CFR 7.96(g)(xiii) the alternation, damage, or removal of park resources or facilities is prohibited.  No item, including signs or banners, may be attached to park trees, plantings, benches, or other park property.

F. **Cabling:**

To prevent any tripping hazards, all cables must be covered or placed in troughs. Overhead cabling is prohibited.

G. **Filming:**

All equipment must be portable and self contained with all stands using rubber tips or matting as a base.  All cables must be covered so as not to present a tripping hazard.  All equipment must be hand-carried/hand-carted to event site.

H. **Area Accessibility:**

Permittee does not have exclusive use of the area including sidewalks and roadways.  No interference with the pedestrian traffic and no blocking entrances or driveways allowed. No impeding vehicular traffic permitted. All areas remain open to the general public at all times.

For sidewalks and entrances of 7 feet wide or larger, a 5 feet minimum clearance must be maintained at all times to allow for two wheelchairs to pass each other.  And for sidewalks and entrances of 5-6 feet wide, a 4 feet minimum width must be maintained at all times for wheelchair accessibility.

I. **Logistical Vehicles:**

All vehicles must park in designated, available public spaces.  All equipment must be hand-carried and/or hand-carted to event site.

J.  A copy of this permit for parkland activities must be carried at all times by the Permittee and any contractors while operating under the authority granted. Permittee is responsible for reading and adhering to the terms of this permit.

K.  Any further coordination regarding the permitted activity on parkland should continue to be through Sgt. Roxanne Brown-Ankney, U. S. Park Police, 202-610-7092 and Robbin Owen, Division of Park Programs at 202-619-7225.  Permittee is responsible for acquiring all such necessary permission from the Metropolitan Police Department regarding use of their jurisdiction, if any.

L. Contact Mr. Sean Kennealy, Chief of Maintenance, at 202-485-9874 for access to electricity at Freedom Plaza. Permittee may choose to use a generator for power. If a generator is used, the refueling and the storage of fuel on parkland is prohibited. ¾" plywood or similar material must be placed underneath generator to protect the surface.



11th Street

10th Street

9th Street

8th Street

7th Street

D Street

Constitution Avenue

Pennsylvania Avenue

US Navy Memorial

FDR Stone Marker

Grand Army of the Republic Monument

Temperance Fountain

Hall

Hancock

CORRIDORS

Permitted

50

100

0

100

0

100

200

50

300

100

Feet

Meters

North



M  Metrorail Entrance

▶  Statue

?  Visitor Information

Restrooms

Railroad

Building

Water



PENNSYLVANIA AVENUE
NATIONAL HISTORIC PARK
SHEET 2 OF 3
NATIONAL CAPITAL PARKS - CENTRAL
NATIONAL PARK SERVICE
WASHINGTON, DC

DRAWN   BC

DATE   4/17/2002

3. All laws, rules and regulations applicable to the area covered by this permit remain in effect.

4. No fee may be collected, donation solicited, or commercial activity conducted. No items may be sold or offered for sale except for books, newspapers, leaflets, pamphlets, buttons, and bumper stickers which contain a message related to your demonstration or special event. No other merchandise may be sold or offered for sale. A stand or structure used for the sale of permitted items may not exceed one table per site, which may be no larger than 2 ½ feet by 8 feet or 4 feet by 4 feet. The dimensions of the sales site may not exceed 6 feet wide by 15 feet long by 6 feet high.

5. The area should be left in substantially the same condition as it was prior to the activities authorized herein, and all litter shall be placed in the trash containers provided.

6. This permit is applicable only for the use of the area designated above, and during the times designated above, or in any area as may hereafter be designated by the United States Park Police.

7. The use of sound amplification equipment, other than hand-portable sound amplification equipment to be used for crowd control purposes only, is prohibited on the White House Sidewalk (South 1600 Pennsylvania Avenue, NW., sidewalk between East Executive Avenue and West Executive Avenue). All sound amplification equipment shall be limited so that it will not unreasonably disturb nonparticipating persons in, or in the vicinity of, the area.

8. The National Park Service reserves the right to immediately revoke this permit at any time should it reasonably appear that the public gathering presents a clear and present danger to the public safety, good order or health, or if any conditions of this permit are violated

Terry R. Carlstrom
Regional Director
National Capital Region

By:
Richard E. Merryman
Chief, Division of Park Programs
National Capital Parks-Central
