Paperwork Reduction Act Privacy Act Statement: In accordance with 36 CFR 0.96 (g), this regulation gives us the authority to require applicant to fill out this form to request permits for special events or demonstrations. A Federal Agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. Confidentiality of this information is assured subject to the provisions of the Freedom of Information Act. Additional disclosures of the information may be to the United States Park Police, the District of Columbia Metropolitan Police Department, and any other affected law enforcement agencies.

Public reporting for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Chief of Park Programs Division, National Park Service, National Capital Region, 1100 Ohio Dr., S.W., Washington, D.C. 20242.

| OMB CONTROL NUMBER: 1024-0021 | EXPIRES: 04/30/04 |

## NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
### APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK* AND/OR LAFAYETTE PARK

04-0754

1/20/04
Date of this Application

1. Individual and/or organization sponsor(s): _Christian De fense Coalition / Generation Life_

   Address: _PO Box 77168 Washington DC 20013_

   Telephone Nos. (include area code): Day _202.547.1735 / 540.373.8049_ Evening _202.547.1735 / 540.373.8049_

2. This is an application for a permit to conduct a DEMONSTRATION __✓__
   SPECIAL EVENT _____. (For definitions, see instruction page.)

3. This is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain demonstrations. YES ____ NO ____ (A waiver is required if it is expected that a demonstration on the White House Sidewalk* will include more than 750 participants or that a demonstration in Lafayette Park will include more than 3,000 participants.

4. Date(s) of proposed activity: From _4/25/04_ To _4/25/04_
   Month/Day/Year       Month/Day/Year

   Time: Begin: _8:00 AM_ (a.m.)(p.m.) Terminate: _4:00_ (a.m.)(p.m.)

5. Location(s) of proposed activity. (Include assembly and dispersal areas.)
   _Public sidewalk from 21st to 3rd St on Constitution Ave. NW (South Side)_

6. Purpose of proposed activity: _Prayer vigil and Demonstration to speak out against abortion._

7. Estimated maximum number of participants. (If more than one park area is to be used, list numbers separately for each area.) _100 to 2,000_

*(The "White House Sidewalk" is the sidewalk between East and West Executive Avenues, on the south side of Pennsylvania Avenue, NW.

EXHIBIT F

8. Will cleanup people be provided for the area: __✓__ YES ____ NO. How will they be identified? _____ Red arm Bands _____

9. Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)

Person in charge: _Rev. Patrick J Mahoney_

Address: _PO Box 77168 Washington DC 20013_

Telephone Nos. (Include area code): Day_202.547.1735_  Evening _540 373 8099_
_540.373. 8099_

10. Plans for proposed activity. (Include a list of all principal speakers and the complete time schedule for the activity. Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic.) _____

_Individuals will prayer and hold signs standing for the dignity of life and speaking out against abortion_

11. (a) List all props, stages, sound equipment, and other items to be provided by applicant/sponsor. (Include approximately number and size(s) of supports, standards, and handles; necessary medical/sanitary facilities and other similar items.) _____

_Signs Between 200 - 1,000 (hand held)_

(b) If boxes, crates, coffins, or similar items will be used, state whether they are to be carried opened or closed, their proposed size, the materials constructed from, and their proposed contents and use. _____

12. (a) Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted? ____ Yes __✓__ NO

(b) If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers.

13. MARSHALS: (a) Will applicant/sponsor furnish marshals? (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.) __✓__ YES ____ NO. If "YES," how many marshals will be furnished? _____ 20 _____

(b) Person(s) responsible for supervision of marshals (for each location):

_Rev. Patrick J. Mahoney_

Name(s): _Rev. Patrick Mahoney_

Address(es): _PO Box 77168 Washington DC 20013_

Telephone Nos.: Day: _202.547.1735_ Evening: _202 547.1735_
_540.373.809_

(c) List the functions the marshals are expected to perform: _Crowd_

_Control_

**QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A WAIVER OF NUMERICAL LIMITATIONS. IF THIS IS NOT AN APPLICATION FOR A WAIVER, DO NOT ANSWER THESE QUESTIONS.**

14. What communications equipment will be provided to the marshals? (Include the number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)

_____

_____

15. How will the marshals be identified? _____

16. State specifically the plans for ingress and egress of the participants to and from Lafayette Park including proposed sites for loading and unloading of buses, automobiles, or other forms of transportation which the participants are expected to use (supply chart if necessary). _____

_____

_____

**APPLICATION IS NOT VALID UNLESS SIGNED**

_Director Christian Defense Coalition_

**Position of person filing application**

_P. Patrick Mahoney_

**Signature of person filing application**

_Rev. Patrick J. Mahoney_

**Typed or printed name of person Filing application**

_PO Box 77168 Washington DC 20013_

**Address of person filing application**

Telephone Nos. of person filing application (include area code):

Day: _202 547.1735_ Evening: _540.373.8099_

Fax: _540.373.8144_

2/2/04    Amended Application
          for the Christian Defense Coalition

For april 25, 2004
7:00 A.M.  to   4:00 PM.

Seeking ① Madison sidewalks from 4 to 14
              South Side

        ② Jefferson sidewalks from 4 to 14
              North Side

        ③ Public sidewalks from 4 to 14 NW
              both East and west sides.

Rev. Patrick J. Mahoney
202 547. 1735

RECEIVED BY
NATIONAL PARK SERVICE-NCR
DIVISION OF PERMIT PROGRAMS

'04 FEB -2 P3:02

Permit # 04-0754

amended application        3/17/00

For: Christian Defense Coalition    Mall area
Rev. Patrick J. Mahoney

A.) 4' X 8' helium-inflated display of (a prop) of an
   unborn 20 week old child, hand-held.
B.) Madison sidewalks from 4 to 14    North side
C.) Jefferson sidewalks from 4 to 14    South side

Rev. Pat Mahoney