

# United States Department of the Interior

**NATIONAL PARK SERVICE**
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

APR 16 2004

Rev. Patrick Mahoney
Director, Christian Defense Coalition
P.O. Box 77168
Washington, D.C. 20013

Dear Rev. Mahoney:

This follows up on our letters dated April 7, 2004 on application 04-0754 and our letter dated 15, 2004 on application 04-1227. Specifically, pursuant to 36 C.F.R. § 7.96(g)(4)(iii)(A) we propose an additional alternative park site for your counter-demonstration: the 4th Street west side sidewalk that is north of the Madison Drive north sidewalk. If you would like to discuss use of this area, or any of the other alternative park areas we earlier proposed, please contact Park Ranger Ron Blain at (202) 619-7225.

Sincerely,

FOR Richard Merryman
Chief, Division of Park Programs

cc: James M. Henderson, Sr., Esquire
American Center For Law & Justice

**EXHIBIT J**