# TIGHE PATTON ARMSTRONG TEASDALE, PLLC

ATTORNEYS AT LAW

1747 PENNSYLVANIA AVENUE, N.W.

SUITE 300

WASHINGTON, DC 20006-4604

———

TELEPHONE (202) 454-2800
FACSIMILE (202) 454-2805
WWW.TIGHEPATTON.COM

NEAL GOLDFARB
WRITER'S DIRECT DIAL: (202) 454-2826
EMAIL: NGOLDFARB@TIGHEPATTON.COM

April 17, 2004

**By Facsimile c/o Randall Meyers, Esq.**
**(202) 208-3877**

Mr. Richard Merryman
Chief, Division of Park Programs
National Park Service, National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

Re:    National March for Women's Lives

Dear Mr. Merryman:

I represent the March for Women's Lives (MFWL). This letter relates to your April 16 letter to Rev. Patrick Mahoney proposing the 4th Street west sidewalk north of Madison Drive as an alternative site for his group's counterdemonstration—a proposal that was made without consulting MFWL's organizers.

MFWL objects to that location's being offered as a site for a counterdemonstration, because it will create substantial risks of obstructing and interfering with the activities of the march and will raise safety concerns. Moreover, MFWL's organizers had understood from their recent discussions with the Park Service and the D.C. Police that their permit area was being expanded to include that stretch of 4th Street.

As you may know, the original march plans were changed so that the front portion of the march—comprising members of Congress and other dignitaries, leaders of the sponsoring organizations, celebrities, and other VIPs—would break off from the rest of the march at 7th Street and Constitution Avenue, go down Constitution to 4th Street, and then enter the Mall via Fourth Street while the rest of the march entered the Mall via Seventh Street. Although the exact number of participants who will be involved is not yet clear, it could be as high as several thousand.

This was done for reasons of safety and security, to ensure that the dignitaries, leaders, celebrities, and others participating in the program would have ready access to the stage area,

**EXHIBIT K**

# TIGHE PATTON ARMSTRONG TEASDALE, PLLC

Mr. Richard Merryman
Chief, Division of Park Programs
April 17, 2004
Page 2

which will be located on the Mall between 4th Street and 3rd Street, to begin the final preparations for the rally that will take place at 1 p.m. Thus, the stretch of 4th Street between Constitution Avenue and Madison Drive will represent a transition between the end of the march and the beginning of the rally. As a result, there will inevitably be a degree of disorganization as people split off in different directions and try to figure out where they are supposed to go. This will be exacerbated by the fact that as the marchers turn from Constitution Avenue (which is at least six lanes wide at that point) onto 4th Street (which I believe is only three or four lanes wide), they will be squeezed into a narrower area.

This area will therefore be a sensitive one that is comparable to the 15th Street location that Rev. Mahoney's group initially sought and was denied. A permit for that location was denied because the site similarly represented a transitional area—the transition between the staging area for the march and the march itself. MFWL argued that allowing counter-demonstrations in that area would be disruptive, and the Park Service agreed and denied Rev. Mahoney a permit for that area. By the same logic, a permit for the 4th Street transitional area should also be denied.

Indeed, when MFWL's organizers received the final permit papers yesterday, they were surprised to see that the permit area did not include the area at issue. It had been their under-standing based on several meetings with representatives of the Park Service and D.C. Police that when the march plans were changed as discussed above, their permit area would be expanded accordingly. When the organizers saw the final permit papers, I understand that they contacted (or tried to contact) Park Service officials and the MPD liaison to discuss this issue even before they learned of the Park Service's proposal to let Rev. Mahoney's group protest on the 4th Street sidewalk.

Allowing a counterdemonstration on the 4th Street sidewalk would raise concerns that are not raised by allowing such activity along Constitution Avenue. As already noted, Fourth Street is much narrower than Constitution Avenue, so conditions will be more cramped. The area therefore poses a risk of becoming a bottleneck that will delay the marchers. This danger will be increased if counterdemonstrators are allowed on the 4th Street sidewalk. Given how narrow 4th Street is, the counterdemonstrators would be closer to the marchers than counterdemonstrators on Constitution would be, so there would be a greater risk that counterdemonstrators would try to provoke a confrontation.

We fully recognize that Rev. Mahoney's group is entitled to a reasonable opportunity to express its views, but we believe that the permit previously granted by the Park Service gives them such an opportunity. Allowing them in addition to demonstrate on the 4th Street sidewalk is not necessary to protect their rights, and it would unreasonably interfere with MFWL's march and rally. For these reasons, MFWL asks that the Park Service reconsider its proposal to permit Rev. Mahoney's group to demonstrate on the 4th Street site.

## TIGHE PATTON ARMSTRONG TEASDALE, PLLC

Mr. Richard Merryman
Chief, Division of Park Programs
April 17, 2004
Page 3

Yours truly,

Neal Goldfarb
Counsel for the March for Women's Lives

cc:    Randall Meyers, Esq.
       Marina Utgoff Braswell, Esq.
       Ms. Alice Cohan