UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REV. PATRICK MAHONEY et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-cv-630 (GK) |
| | ) | |
| GALE NORTON et al., | ) | |
| | ) | |
| *Defendants*, | ) | |
| and | ) | |
| | ) | |
| THE MARCH FOR WOMEN'S LIVES, | ) | |
| | ) | |
| *Applicant for Intervention.* | ) | |

**Order Permitting Intervention by
the March for Women's Lives**

Upon consideration of the motion of the March for Women's Lives to intervene

as a defendant and counterclaimant, and of the consent thereto by the government

defendants, and of the plaintiffs' response with respect to the motion; it is this ____ day

of April, 2004

ORDERED that the motion be and hereby is granted; and it is further

ORDERED that the March for Women's Lives be and hereby is permitted to

intervene in this action as a defendant and counterclaimant.

_____
United States District Judge

Copies to:

James M. Henderson, Sr., Esq.
American Center for Law & Justice
201 Maryland Ave., N.E.
Washington, D.C. 20002

Marina Utgoff Braswell, Esq.
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20001

Neal Goldfarb, Esq.
Carol Elder Bruce, Esq.
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20006