CO-386-online
9/24/03

# United States District Court
# For the District of Columbia

Rev. Patrick J. Mahoney et al.

)
)
)
)
vs            Plaintiff    )          Civil Action No.__04-cv-630 (GK)____
)
Gale Norton et al.                   )
)
)
Defendant    )

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for _movant for intervention March for Women's Lives_ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _March for Women's Lives_ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

337881
BAR IDENTIFICATION NO.

Neal Goldfarb
Print Name

1747 Pennsylvania Ave., N.W., Suite 300
Address

Washington, D.C. 20006
City          State          Zip Code

(202) 454-2826
Phone Number