UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REV. PATRICK MAHONEY et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-cv-630 (GK) |
| | ) | |
| GALE NORTON et al., | ) | |
| | ) | |
| *Defendants*, | ) | |
| and | ) | |
| | ) | |
| THE MARCH FOR WOMEN'S LIVES, | ) | |
| | ) | |
| *Intervenor.* | ) | |

**Order Denying Motion for
Temporary Restraining Order**

Upon consideration of the plaintiffs' motion for a temporary restraining order, and

of the oppositions thereto, it is this _____ day of April, 2004

ORDERED that the motion be and hereby is denied.

_____
United States District Judge


Copies to:

James M. Henderson, Sr., Esq.
American Center for Law & Justice
201 Maryland Ave., N.E.
Washington, D.C. 20002

Marina Utgoff Braswell, Esq.
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20001

Neal Goldfarb, Esq.
Carol Elder Bruce, Esq.
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20006