UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REV. PATRICK MAHONEY et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-cv-630 (GK) |
| | ) | |
| GALE NORTON et al., | ) | |
| | ) | |
| *Defendants*, | ) | |
| and | ) | |
| | ) | |
| THE MARCH FOR WOMEN'S LIVES, | ) | |
| | ) | |
| *Intervenor.* | ) | |

**Intervenor's Suggestion of
the Appropriateness of
Issuing a Written Opinion Regarding
Denial of Temporary Restraining Order**

Intervenor March for Women's Lives suggests to the Court that it would be appropriate and desirable for the Court to issue for publication a written decision regarding its denial of the plaintiffs' motion for a temporary restraining order.

The Court's initial decision not to issue a written decision was undoubtedly influenced strongly by the assumption that the decision would be appealed, in which event the Court's decision would ultimately have been superceded by the D.C. Circuit's decision. Under that assumption, no purpose would have been served by this Court's having issued a written opinion.

But that assumption has unexpectedly turned out to have been mistaken. The plaintiffs decided not to appeal, and we understand that they intend to dismiss this action, so there will be no decision from the appeals court. In these circumstances, issuing a written opinion *would* serve an useful purpose. The Court's decision makes a significant

-2-

contribution to the law by clarifying the limited nature of the D.C. Circuit's decision in

*Mahoney v. Babbitt*[1] and by explaining why that decision did not apply to the facts of this

case. It would be desirable for that decision to be available as precedent for future cases.

Respectfully submitted,

/s/ Neal Goldfarb
Neal Goldfarb, No. 337881
Carol Elder Bruce, No. 202200
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20006
(202) 454-2826
ngoldfarb@tighepatton.com
cbruce@tighepatton.com
*Attorneys for the March for Women's Lives*

---

[1] 105 F.3d 1452 (D.C. Cir. 1997)

-2-