UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REVEREND PATRICK J. MAHONEY,** *et al.*, | ) ) |
| | ) **CIVIL ACTION NO.** |
| *Plaintiffs*, | ) 04cv630 (GK) |
| | ) |
| -**vs.**- | ) |
| | ) |
| **GALE NORTON**, in her official capacity as **SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.*, | ) ) ) ) |
| | ) |
| *Defendants.* | ) |

## NOTICE OF UNOPPOSED DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, after conferring with counsel for the Defendants and for

the proposed Intervenor and confirming that neither the Defendants nor the proposed Intervenor

objected thereto, the Plaintiffs, pursuant to Rule 41(a)(1),dismiss without prejudice the above-

captioned matter.

Dated:  April 28, 2004.

Respectfully submitted,

_____/s/_____
James Matthew Henderson Sr. # 452639
    *Counsel of Record*
Colby M. May # 394340
The American Center for Law and Justice
201 Maryland Avenue NE
Washington, DC  20002
Telephone:    (202) 546-8890
Facsimile:    (202) 337-3167

*Attorneys for the Plaintiffs*